78-039333

REG NUM: 2572410
REG DT: 05/21/2002
S/N 78/039333

FORM PTO-102
5/99

U.S. DEPARTMENT OF C[illegible]
Patent and Traden[illegible]

Trademark

TYPED DRAWING

**FILING DATE**
December 14, 2000

**ORIGINAL APPLICANT**
Nabisco Brands Company

**GOODS/SERVICES (CLASS 030)**
cookies

**FILING BASIS**
~~ITU~~ use

**ORIGINAL CORRESPONDENT**
Kathleen J. Gallagher, Esq.

AMERICA'S FAVORITE COOKIE

~~PRINCIPAL~~ Supp

LAW OFFICE 102

ATTORNEY ADVISOR: Karla Perkins

78-039333 +

Approved for Publication (Principal Register) (Signature/Date)

Approved for Registration (Section 1(c)) (Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date) 1/23/02

NOP

NOA

Abandoned

Trademark

78039333

TRADEMARK

78039333

NEW CASE DELIVERED
MAY - 8 2001
LAW OFFICE 102

# PROSECUTION HISTORY

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | MAY 21 2001 | |
| 2. | Amdt A, Exh, AAU | 11-19-01 JAN 22 2002 | [illegible] |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

❑ See inside of file for additional entries.

*** User: kperkins ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 31251 | N/A | 0 | 0 | 0:01 | *meri{"ck"}*[bi,ti] |
| 02 | 1147 | N/A | 0 | 0 | 0:01 | *fav*[bi,ti] |
| 03 | 3789 | N/A | 0 | 0 | 0:01 | *cook*[bi,ti] |
| 04 | 1464583 | N/A | 0 | 0 | 0:04 | dead[ld] |
| 05 | 158 | 0 | 158 | 158 | 0:01 | 1 and (2 or 3) not 4 |
| 06 | 6 | 0 | 6 | 6 | 0:02 | 2 and 3 not 4 |

Session started 5/8/01 5:52:22 PM
Session finished 5/8/01 5:57:01 PM
Total search duration 0:10 minutes
Session Duration 4:39 minutes

Default NEAR limit= 1 ADJ limit= 1

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**Reg. No. 2,572,410**

**United States Patent and Trademark Office** **Registered May 21, 2002**

**TRADEMARK**
SUPPLEMENTAL REGISTER

**AMERICA'S FAVORITE COOKIE**

NABISCO BRANDS COMPANY (DELAWARE CORPORATION)
1105 NORTH MARKET STREET, SUITE 803
WILMINGTON, DE 19801

FOR: COOKIES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-1-1998; IN COMMERCE 2-1-1998.

OWNER OF U.S. REG. NO. 2,149,887.

SER. NO. 78-039,333, FILED P.R. 12-14-2000; AM. S.R. 11-19-2001.

KARLA PERKINS, EXAMINING ATTORNEY

Serial /Registration Number: 78/639333 | Date: 1-23-02

Requested by: | Employee No.: | Office: 1/2

Signature: [illegible signature] | Phone:

| FEE CODE | REQUEST AMOUNT | Classes or Quantity | DESCRIPTION of TRADEMARK PROCESSING FEES | | *FEE Increase as of 1/10/2000 |
|---|---|---|---|---|---|
| 361 | $ | | Application for Registration, per class | $245 | $325* |
| 362 | 100 | 1 | Amendment to Allege Use under §1(c), per class | $100 | $100 |
| 363 | | | Statement of Use under §1(d)(1), per class | $100 | $100 |
| 364 | | | Extension of Time to file a Statement of Use under §1(d)(1), per class | $100 | $150* |
| 365 | | | Application for Renewal under §9, per class | $100 | $150* |
| 366 | | | Additional Fee for late Renewal under §9, per class | $300 | $400* |
| 367 | | | Publication of mark under §12c, per class | $100 | $100 |
| 368 | | | Issuing a New Certificate of Registration, per class | $100 | $100 |
| 369 | | | Certificate of Correction, per registration | $100 | $100 |
| 370 | | | Disclaimer to Registration, per registration | $100 | $100 |
| 371 | | | Amendment to Registration, per registration | $100 | $100 |
| 372 | | | Section 8 Affidavit, per class | $100 | $100 |
| 373 | | | Section 15 Affidavit, per class | $100 | $100 |
| 374 | | | Section 8 & 15 Affidavit combined request, per class | $100 | $200* |
| 375 | | | Petition to Commissioner | $100 | $100 |
| 376 | | | Petition for Cancellation, per class | $100 | $100 |
| 377 | | | Notice of Opposition, per class | $200 | $300* |
| 378 | | | Ex Parte Appeal, per class | $200 | $300* |
| 379 | | | Request to Divide an Application, per new application file created | $100 | $100 |
| 380 | | | Correcting a Deficiency in a Renewal Application | $100 | $100 |
| 381 | | | Filing a Section 8 during the Grace Period, per class | $100 | $100 |
| 382 | | | Correcting a Deficiency in a Section 8 Affidavit | $100 | $100 |
| FEE CODE | REQUEST AMOUNT | Quantity | FASTENER QUALITY ACT RECORDAL FEES | | FEE Amount |
| 650 | | | Application fee for recordal of insignia, per request | | $20 |
| 651 | | | Renewal of insignia recordal, per request | | $20 |
| 652 | | | Surcharge for late renewal of insignia recordal, per request | | $20 |
| 617 | | | Processing Returned Checks (service charge - bounced checks) | | $50 |

COMPLETED

$______ Total Amount ☐ Charge ☐ Refund ☐ Correction

Explanation for Charge/Refund/Correction:

☐ Incomplete Application/Request

☐ Overpayment

☐ Fee is not Required

☐ Early/Late Filed Request

☐ Add Additional Classes

☐ Change Fee Code _____ to Fee Code _____

☐ Refund to be processed by Treasury Check to: (Correspondence Address)

Authorized Deposit Account Name:

Deposit Account No: 11-1650 ☑ Charge ☐ Refund ☐ Correction

Finance Processing Completed by:

RAM Operator

Date:

Replaces Form PTO 1578. Revised 1/10/2000

TRADEMARK LAW OFFICE 102
Serial Number: 78/039333
Mark: AMERICA'S FAVORITE COOKIE
**Please Place on Upper Right Corner**
**of Response to Office Action ONLY **

102

7453-72139

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Applicant: Kraft Foods Holdings, Inc. | ) | I hereby certify that this paper is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513 on this date. |
| Mark: AMERICA'S FAVORITE COOKIE | ) | 11/16/01 DATE — Attorney for Applicant(s) |
| Appl. No: 78/039333 | ) | |
| Filed: December 14, 2000 | ) | 11-19-2001 U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70 |
| Karla Perkins, Trademark Examining Attorney, Law Office 102 | ) | |

**RESPONSE**

This is the response of the Applicant, Kraft Foods Holdings, Inc., to the Office Action dated May 21, 2001. The Applicant is the successor in interest by way of merger. A copy of this merger document is attached as Exhibit A.

**AMENDMENTS**

The Applicant amends the application to assert ownership in a related registration as follows:

The Applicant is the owner of Registration No.: 2149887.

The Applicant further amends the Application so that on page one please delete "Principal Register" and substitute "Supplemental Register" therefor.

As these amendments substantially conform to the requests of the Examining Attorney, the Applicant respectfully requests that these amendments be accepted.

01/23/2002 NWILSON 00000033 111650 78039333
01 FC:362 100.00 CH

## REMARKS

While the applicant disputes the descriptiveness of the mark, it is willing to accept registration on the Supplemental Register. Eligibility to register on the Supplemental Register requires that an Amendment to Allege Use be submitted. Such an Amendment was submitted on November 16, 2001, a copy of which is attached as Exhibit B. It is also noted that under the provisions of TMEP § 1114.05 acceptance of registration on the Supplemental Register by the Applicant is not an admission that the mark does not have acquired distinctiveness.

The Applicant has complied with all of the outstanding requirements of the Examining Attorney as specified in the Office Action.

## NO CONFLICTING MARKS NOTED

The Applicant acknowledges that the Examining Attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under the Trademark Act Section 2(d).

## CONCLUSION

The Applicant respectfully requests that the amendments be accepted and that the application be approved for publication on the Supplemental Register.

November 16, 2001

Respectfully submitted,

[signature]

Douglas Cherry

# FITCH, EVEN, TABIN & FLANNERY

ATTORNEYS AND COUNSELLORS AT LAW

*Established in 1859*

SUITE 1600 - 120 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603-3406
TELEPHONE (312) 577-7000
FACSIMILE (312)577-7007

CALIFORNIA OFFICE
SUITE 510 - 4250 EXECUTIVE SQUARE
SAN DIEGO, CALIFORNIA 92037-9105
TELEPHONE (858) 552-1311

WASHINGTON, D.C OFFICE
SUITE 401L - 1801 K STREET, NW
WASHINGTON, D.C. 20006-1201
TELEPHONE (202) 419-7000

MORGAN L. FITCH, JR.
FRANCIS A. EVEN
JULIUS TABIN
JOHN F. FLANNERY
ROBERT B. JONES
JAMES J. SCHUMANN
JAMES J. HAMILL
TIMOTHY E. LEVSTIK
JOSEPH E. SHIPLEY
ROBERT J. FOX
KENNETH H. SAMPLES
PHILIP T. PETTI
JOSEPH T. NABOR
STEVEN C. SCHROER
RICHARD A. KABA*
KARL R. FINK
MARK W. HETZLER
TIMOTHY F. MALONEY
PERRY J. HOFFMAN
JAMES P. KRUEGER
STEPHEN S. FAVAKEH
EDWARD W. GRAY, JR.

BRUCE R. MANSFIELD
SHERRI N. BLOUNT*
RICHARD E. WAWRZYNIAK*
CHARLES WILLIAM PETERSON, JR.*
KATHLEEN A. RANNEY
KENDREW H. COLTON*
ROMI N. BOSE
STEVEN G. PARMELEE

ROBERTA L. HASTREITER
CHRISTOPHER E. GEORGE*
SCOTT J. MENGHINI*
EDWARD E. CLAIR
PAMELA L. STEWART
EDWARD E. CASTO, JR.
SANDRA V. SCAVO
JON A. BIRMINGHAM
RUDY KRATZ
RAMON R. HOCH*
JOHN E. LYHUS

PATENT AGENTS
ERIC J. WHITESELL
KURT J. FUCMAN
JONATHAN H. BACKENSTOSE
LILIA I. SAFONOV

OF COUNSEL
THOMAS F. LEBENS*

*NOT ADMITTED TO ILLINOIS BAR

November 6, 2001

Hon. Commissioner of Patents
and Trademarks
Box Assignments
Washington, D.C. 20231

Re: Recording of Certificate of Merger
Our File Nos.: 7453-72139, 7454-72140, 7455-72141, 7455-72335, 7456-72142, 7457-72143, 7458-72144, 7459-72145

Honorable Sir:

Please record the enclosed Certificate of Merger from Nabisco Brands Company, a Delaware Corporation, to Kraft Foods Holdings, Inc., a Delaware Corporation, covering the trademark applications and registrations on the attached list.

In connection with the above-identified Certificate of Merger, the Commissioner is hereby authorized to charge the $4515 fee, and any additional fees, required in this proceeding during its entire pendency to Deposit Account No. 11-1650.

Please return the Assignment to us as soon as it has been recorded.

Respectfully Submitted,

By: [signature]
Joseph T. Nabor

JTN:gjm
Enclosures

EXHIBIT A

FORM PTO-1618A
Expires 06/30/99
OMB 0651-0027

U.S. Department of Commerce
Patent and Trademark Office
TRADEMARK

RECORDATION FORM COVER SHEET
TRADEMARKS ONLY

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

| Submission Type | Conveyance Type |
|---|---|
| [ X ] New | |
| [ ] Resubmission (Non-Recordation) Document ID # ____ | [ ] Assignment  [ ] License |
| [ ] Correction of PTO Error Reel # ____ Frame # ____ | [ ] Security Agreement  [ ] Nunc Pro Tunc Assignment |
| | [X] Merger  Effective Date Month 07 Day 29 Year 01 |
| [ ] Corrective Document Reel # ____ Frame # ____ | [ ] Change of Name |
| | [ ] Other ____ |

**Conveying Party** [ ] Mark if additional names of conveying parties attached.

Execution Date Month 07 Day 27 Year 01

Name Nabisco Brands Company

Formerly ____

[ ] Individual [ ] General Partnership [ ] Limited Partnership [ X ] Corporation [ ] Association

[ ] Other ____

[X] Citizenship/State of Incorporation/Organization Delaware

**Receiving Party** [ ] Mark if additional names of receiving parties attached.

Name Kraft Foods Holdings, Inc.

DBA/AKA/TA ____

Composed of ____

Address (line 1) Three Lakes Drive

Address (line 2) ____

Address (line 3) Northfield (City) Illinois (State) 60093 (Zip Code)

[ ] Individual [ ] General Partnership [ ] Limited Partnership [ ] If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative should be attached. *(Designation must be on a separate document from assignment.)*

[ X ] Corporation [ ] Association

[ ] Other ____

[ X ] Citizenship/State of Incorporation/Organization Delaware

FOR OFFICE USE ONLY

Public burden reporting this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and Gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignment, Washington D.C. 20231

FORM PTO-1618B
Expires 06/30/99
OMB 0651-0027

Page 2

U.S. Department of Commerce
Patent and Trademark Office
TRADEMARK

**Domestic Representative Name and Address** — Enter for the first Receiving Party only.

Name ______

Address (line 1) ______

Address (line 2) ______

Address (line 4) ______

**Correspondent Name and Address**

Area Code and Telephone Number 312-577-7000

Name Joseph T. Nabor

Address (line 1) Fitch, Even, Tabin & Flannery

Address (line 2) 120 South LaSalle Street, Suite 1600

Address (line 4) Chicago, Illinois 60603

**Pages** Enter the total number of pages of the attached conveyance document including any attachments. # 11

**Trademark Application Number(s) or Registration Number(s)** [ X ] Mark if additional numbers attached.

*Enter either the Trademark Application Number or the Registration Number (DO NOT ENTER BOTH numbers for the same property).*

| Trademark Application Number(s) | | | Registration Number(s) | | |
|---|---|---|---|---|---|
| Attached List A | | | Attached List B | | |
| | | | | | |
| | | | | | |

**Number of Properties** Enter the total number of properties involved. # 180

**Fee Amount** Fee Amount for Properties Listed (37 CFR 3.41): $ 4515.00

Method of Payment: Enclosed [ ] Deposit Account [X ]
(Enter for payment by deposit account or if additional fees can be charged to the account.)

Deposit Account Number: # 11-1650

Authorization to charge additional fees: Yes [ X ] No [ ]

**Statement and Signature**

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.*

| Joseph T. Nabor | [signature] | 11/06/01 |
|---|---|---|
| Name of Person Signing | Signature | Date Signed |

State of Delaware

Office of the Secretary of State 

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"NABISCO BRANDS COMPANY", A DELAWARE CORPORATION,

"NABISCO MUSIC PUBLISHERS, INC.", A DELAWARE CORPORATION,

"NABISCO MUSIC VENTURES, INC.', A DELAWARE CORPORATION,

WITH AND INTO "KRAFT FOODS HOLDINGS, INC." UNDER THE NAME OF "KRAFT FOODS HOLDINGS, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SEVENTH DAY OF JULY, A.D. 2001, AT 4:30 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE TWENTY-NINTH DAY OF JULY, A.D. 2001, AT 11:59 O'CLOCK P.M.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

3123106 8100M

010375837

AUTHENTICATION: 1275085

DATE: 08-02-01

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 04:30 PM 07/27/2001
010367838 - 3123106

CERTIFICATE OF MERGER

OF

NABISCO BRANDS COMPANY,

NABISCO MUSIC VENTURES, INC. AND

NABISCO MUSIC PUBLISHERS, INC.

INTO

KRAFT FOODS HOLDINGS, INC.

---

**Pursuant to Section 251 of the**

**General Corporation Law of the State of Delaware**

**********

KRAFT FOODS HOLDINGS, INC., a corporation organized and existing under the law of the State of Delaware (the "Corporation"),

DOES HEREBY CERTIFY:

FIRST: The constituent business corporations participating in the merger herein certified are:

(a) Nabisco Brands Company, which is incorporated under the laws of the State of Delaware;

(b) Nabisco Music Ventures, Inc., which is incorporated under the laws of the State of Delaware;

(c) Nabisco Music Publishers, Inc., which is incorporated under the laws of the State of Delaware; and

(d) Kraft Foods Holdings, Inc., which is incorporated under the laws of the State of Delaware.

SECOND: The Agreement of Merger of Nabisco Brands Company, Nabisco Music Ventures, Inc., and Nabisco Music Publishers, Inc. with and into Kraft Foods Holdings, Inc has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations.

THIRD: The name of the surviving corporation is Kraft Foods Holdings, Inc.

CHIDOCS:20022114.v1

FOURTH: The Certificate of Incorporation of the Corporation shall be the Certificate of Incorporation of the surviving corporation.

FIFTH: The merger is to become effective at 11:59 p.m. (Eastern Daylight Time) on July 29, 2001.

SIXTH: The executed Agreement of Merger is on file at the principal place of business of the surviving corporation, the address of which is Three Lakes Drive, Northfield, Illinois 60093.

SEVENTH: A copy of the Agreement of Merger will be furnished by the surviving corporation on request and without cost to any stockholder of any constituent corporation.

Dated: July 27, 2001

**KRAFT FOODS HOLDINGS, INC.**

By: /s/ Robert L. Herst
Name: Robert L. Herst
Title: Vice President

PENDING APPLICATIONS

SCHEDULE A

| App No | Reg No | Filed | Trademark |
|---|---|---|---|
| 74/564574 | | 23-Aug-94 | TANGY FRUITS |
| 75/303397 | | 19-May-97 | RELAX GO NUTS. |
| 75/325331 | | 17-Jul-97 | GO NUTS. |
| 75/339088 | | 11-Aug-97 | FAMOUS |
| 75/425377 | | 29-Jan-98 | JUICERS |
| 75/425305 | | 29-Jan-98 | BREATH SAVERS INTENSE MINI-MINTS |
| 75/435437 | | 17-Feb-98 | SIDEWINDERS |
| 75/477261 | | 30-Apr-98 | BREATH SAVERS LONGEST KISS CHALLENGE |
| 75/477262 | | 30-Apr-98 | BREATH SAVERS THE WORLD'S LONGEST KISS CHALLENGE |
| 75/481469 | | 8-May-98 | SMART |
| 75/503596 | | 16-Jun-98 | ROCK & SKATE |
| 75/510470 | | 26-Jun-98 | SIDEWINDERS SIDE BY SIDE |
| 75/518009 | | 9-Jul-98 | GUMMI DUO HEARTS |
| 75/524697 | | 20-Jul-98 | MISTER SALTY Character Device |
| 75/586621 | | 2-Nov-98 | COOKIE MALLOWS |
| 75/597219 | | 30-Nov-98 | PACKS 2 GO! |
| 75/613740 | | 30-Dec-98 | SUPER FUDGE BLAST |
| 75/616027 | | 5-Jan-99 | COOKIE TV |
| 75/639811 | | 12-Feb-99 | SO CUTE, YOU COULD EAT 'EM UP |
| 75/642060 | | 17-Feb-99 | STRIPED SHORTBREAD |
| 75/644382 | | 18-Feb-99 | 100% REAL CHEESE TASTE EXPLOSION |
| 75/655159 | | 8-Mar-99 | SNACK MALLOWS |
| 75/655168 | | 8-Mar-99 | SNACKIN' MALLOWS |
| 75/679072 | | 9-Apr-99 | MOM'ERABLE MOMENTS |
| 75/702709 | | 11-May-99 | TO YOUR HEALTH! |
| 75/707659 | | 11-May-99 | HOT DOGZ |
| 75/708157 | | 17-May-99 | LIFE SAVER |
| 75/733635 | | 22-Jun-99 | SEASONUTS |
| 75/751666 | | 15-Jul-99 | KIDS SPOT |
| 75/751798 | | 15-Jul-00 | KIDS SPOT |
| 75/754513 | | 16-Jul-99 | KIDS PLACE |
| 75/754514 | | 16-Jul-99 | KIDS PLACE |
| 75/756918 | | 21-Jul-99 | CAFE CREMES |
| 75/757905 | | 22-Jul-99 | NABISCO KIDS WORLD |
| 75/757987 | | 22-Jul-99 | KIDS WORLD |
| 75/757990 | | 22-Jul-99 | NABISCO KIDS WORLD |
| 75/770620 | | 5-Aug-99 | NABISCO WORLD |
| 75/782022 | | 23-Aug-99 | PREMIUM PARTNERS and Design |
| 75/805742 | | 22-Sep-99 | CHOOSE YOUR TRAIL |
| 75/807067 | | 23-Sep-99 | PLANTERS CASHEWS CRUNCH |
| 75/814533 | | 4-Oct-99 | I'LL TAKE YOU TO THE GAME |
| 75/814541 | | 4-Oct-99 | OREOS |
| 75/840663 | | 3-Nov-99 | Misc. Design (Bear Design with One Arm Raised) |
| 75/852284 | | 17-Nov-99 | SWEET ROASTS |
| 75/895210 | | 12-Jan-00 | POP 'N SNACK |
| 75/910170 | | 26-Jan-00 | A.1. ROLLING STEAK HOUSE |
| 75/910172 | | 26-Jan-00 | A.1. ROLLING STEAK HOUSE |
| 75/910173 | | 26-Jan-00 | A.1. ROLLING STEAK HOUSE |
| 75/910253 | | 27-Jan-00 | KICKERZ |
| 75/910254 | | 27-Jan-00 | NUTTY DOUBLES |
| 75/915499 | | 2-Feb-00 | Skate Design |
| 75/915500 | | 2-Feb-00 | Racket Design |
| 75/920519 | | 7-Feb-00 | CANDYSTAND |
| 75/920554 | | 7-Feb-00 | PLANTERS PEANUT BAR BITES |
| 75/925375 | | 9-Feb-00 | Basketball Design |
| 75/925378 | | 9-Feb-00 | Baseball Mitt Design |
| 75/925379 | | 9-Feb-00 | Soccer Ball Design |
| 75/930152 | | 11-Feb-00 | NUTRAJOINT PLUS |

| App No | Reg No | Filed | Trademark |
|---|---|---|---|
| 75/930397 | | 14-Feb-00 | KID CITY |
| 75/930398 | | 14-Feb-00 | KID CITY |
| 75/930402 | | 14-Feb-00 | KID LAND |
| 75/930403 | | 14-Feb-00 | KID LAND |
| 75/935056 | | 15-Feb-00 | SIDELINE |
| 75/935057 | | 15-Feb-00 | SIDELINE |
| 75/950179 | | 28-Feb-00 | SNACK SACKS |
| 75/950361 | | 29-Feb-00 | HONEY MAID GRAHAMS S'MORES |
| 75/950587 | | 1-Mar-00 | LIVE WELL. SNACK WELL. |
| 75/955884 | | 10-Mar-00 | NABISCO DELIVERS |
| 75/955885 | | 10-Mar-00 | NABISCO DELIVERS |
| 75/955886 | | 10-Mar-00 | SHOPPER DNA |
| 75/955887 | | 10-Mar-00 | SHOPPER DNA |
| 75/955890 | | 10-Mar-00 | SYNERGY |
| 75/955891 | | 10-Mar-00 | SYNERGY |
| 75/955898 | | 10-Mar-00 | RETAIL EDGE |
| 75/955899 | | 10-Mar-00 | RETAIL EDGE |
| 76/144379 | | 10-Oct-00 | Circular Design |
| 76/145722 | | 10-Oct-00 | LIFE SAVERS Circular Design |
| 76/148566 | | 16-Oct-00 | SW Design II (3-D Cookie) |
| 76/148581 | | 16-Oct-00 | SW Design I (SW Stylized) |
| 76/233394 | | 30-Mar-01 | Wedge of Cheese Character |
| 76/268538 | | 6-Jun-01 | I'LL TAKE YOU TO THE GAME |
| 76/268539 | | 6-Jun-01 | Corn Character |
| 78/006106 | | 28-Apr-00 | BROUGHT TO YOU BY THE OUT THERE TASTE AND CRUNCH OF CORNNUT |
| 78/007064 | | 5-May-00 | GET THE NUTS TOGETHER FOR THE HOLIDAYS |
| 78/007243 | | 8-May-00 | KOOL STUF HAPPENS |
| 78/008752 | | 18-May-00 | FUNKADELIC |
| 78/009655 | | 24-May-00 | A COZY LITTLE PLACE IN YOUR DAY |
| 78/009656 | | 24-May-00 | GET THE NUTS TOGETHER |
| 78/009657 | | 24-May-00 | GET THE NUTS TOGETHER |
| 78/012523 | | 13-Jun-00 | MISTER SALTY Character Design |
| 78/012919 | | 15-Jun-00 | TRADITION YOU CAN TASTE |
| 78/013356 | | 19-Jun-00 | MEGA-DUALS |
| 78/014053 | | 22-Jun-00 | Burger Character with Striped Hat |
| 78/014054 | | 22-Jun-00 | Burger Character with Bowler Hat |
| 78/014055 | | 22-Jun-00 | Burger Character with Dotted Hat |
| 78/017524 | | 19-Jul-00 | Strawberry in the Splash of Cream Design |
| 78/017525 | | 19-Jul-00 | Orange in the Splash of Cream Design |
| 78/017526 | | 19-Jul-00 | Candy Design |
| 78/017527 | | 19-Jul-00 | Chocolate in the Splash of Cream Design |
| 78/018277 | | 25-Jul-00 | CORN GONE WRONG |
| 78/018278 | | 25-Jul-00 | IN SEVEN MEAN FLAVORS |
| 78/018361 | | 25-Jul-00 | BEECH-NUT |
| 78/018772 | | 28-Jul-00 | BEECH-NUT QUALITY Design |
| 78/018773 | | 28-Jul-00 | TID-BITS |
| 78/019406 | | 2-Aug-00 | BOOMERANG |
| 78/019993 | | 7-Aug-00 | RED BOX |
| 78/020164 | | 8-Aug-00 | RITZ CRISPS |
| 78/020165 | | 8-Aug-00 | WHEAT THINS CRISPS |
| 78/020167 | | 8-Aug-00 | CHEESE NIPS CRISPS |
| 78/021185 | | 14-Aug-00 | TROLLI-O'S |
| 78/023504 | | 29-Aug-00 | PEACHIE-O'S |
| 78/024172 | | 1-Sep-00 | NUT MATES |
| 78/024174 | | 1-Sep-00 | NUT CRISPS |
| 78/025347 | | 11-Sep-00 | CANDY-BLASTS |
| 78/025535 | | 14-Sep-00 | WACKY FACES |
| 78/025536 | | 14-Sep-00 | JUMBLERS |

| App No | Reg No | Filed | Trademark |
| --- | --- | --- | --- |
| 78/025937 | | 14-Sep-00 | GAMESTERS |
| 78/025938 | | 14-Sep-00 | Dog with Fork Design |
| 78/025939 | | 14-Sep-00 | Dog with Arms Out Design |
| 78/026907 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR THE BIG GAME |
| 78/026908 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR THE BIG GAME |
| 78/026909 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR A SPRING VACATION |
| 78/026910 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR A SPRING VACATION |
| 78/026911 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR THE TAILGATE |
| 78/026912 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR THE TAILGATE |
| 78/027579 | | 25-Sep-00 | WIN THE HOLE THING |
| 78/027580 | | 25-Sep-00 | WIN THE HOLE THING |
| 78/027581 | | 25-Sep-00 | PLAY BALL |
| 78/027582 | | 25-Sep-00 | DIZZY DINOS |
| 78/028361 | | 29-Sep-00 | FUNMAKERS |
| 78/028654 | | 2-Oct-00 | SNACK ALERT |
| 78/033438 | | 2-Nov-00 | A.1. STEAKHOUSE |
| 78/033835 | | 3-Nov-00 | NABISCO |
| 78/033836 | | 3-Nov-00 | NABISCO w/Triangle and Colophon |
| 78/035009 | | 13-Nov-00 | BLUEBERRY BLASTOFFS |
| 78/035010 | | 13-Nov-00 | MELON-O'S |
| 78/035064 | | 13-Nov-00 | LIFE SAVERS GUMMIES |
| 78/035065 | | 13-Nov-00 | SURPRISINGLY HARDCORE CORN SNACKS IN SEVEN MEAN FLAVORS |
| 78/036234 | | 21-Nov-00 | THEY GOT THE MOVES |
| 78/037018 | | 29-Nov-00 | CHIPS AHOY! |
| 78/037407 | | 1-Dec-00 | MILK CHANGERS |
| 78/038311 | | 7-Dec-00 | STRAWBERRY SEAS |
| 78/038737 | | 11-Dec-00 | FUN IN A CAN |
| 78/039009 | | 12-Dec-00 | GRAB SOME |
| 78/039333 | | 14-Dec-00 | AMERICA'S FAVORITE COOKIE |
| 78/039668 | | 18-Dec-00 | MORE MMM...IN THE MIDDLE |
| 78/039669 | | 18-Dec-00 | MORE CHEESE TO PLEASE |
| 78/041358 | | 2-Jan-01 | BEEF STEAKS |
| 78/041359 | | 2-Jan-01 | CHICKEN DRUMSTIX |
| 78/042211 | | 8-Jan-01 | VALENTINE PALS |
| 78/042610 | | 10-Jan-01 | BAKER'S PRIDE |
| 78/042751 | | 11-Jan-01 | BACON WRAPPERS |
| 78/045601 | | 30-Jan-01 | CRAZY CARS |
| 78/045602 | | 30-Jan-01 | ALIENS & SAUCERS |
| 78/046289 | | 2-Feb-01 | GO-PAKS |
| 78/046291 | | 2-Feb-01 | GO PAKS |
| 78/047305 | | 8-Feb-01 | ADVENTURE IN EVERY BITE |
| 78/047956 | | 12-Feb-01 | NABISCO KIDS |
| 78/047957 | | 12-Feb-01 | NABISCO KIDS |
| 78/048064 | | 13-Feb-01 | LIFE SAVERS SALVAVIDAS |
| 78/048065 | | 13-Feb-01 | SALVAVIDAS |
| 78/049936 | | 23-Feb-01 | LOVE 'EM ALL YOU WANT |
| 78/054217 | | 21-Mar-01 | EXTREME WAVE FRUIT ROLLS |
| 78/057984 | | 11-Apr-01 | SPOOKY SNACKS |
| 78/064196 | | 17-May-01 | JUICERS |
| 78/066694 | | 31-May-01 | PREMIUM GOLD |
| 78/067997 | | 7-Jun-01 | BEARWICHES |
| 78/069003 | | 13-Jun-01 | DENTASNACKS |
| 78/072062 | | 2-Jul-01 | GO-PAKS |
| 78/072491 | | 5-Jul-01 | MILK-BONE (Stylized) |

PENDING APPLICATIONS

SCHEDULE A

| App No | Reg No | Filed | Trademark |
|---|---|---|---|
| 74/564574 | | 23-Aug-94 | TANGY FRUITS |
| 75/303397 | | 19-May-97 | RELAX. GO NUTS. |
| 75/325831 | | 17-Jul-97 | GO NUTS. |
| 75/339088 | | 11-Aug-97 | FAMOUS |
| 75/425377 | | 29-Jan-98 | JUICERS |
| 75/425805 | | 29-Jan-98 | BREATH SAVERS INTENSE MINI-MINTS |
| 75/435437 | | 17-Feb-98 | SIDEWINDERS |
| 75/477231 | | 30-Apr-98 | BREATH SAVERS LONGEST KISS CHALLENGE |
| 75/477232 | | 30-Apr-98 | BREATH SAVERS THE WORLD'S LONGEST KISS CHALLENGE |
| 75/481439 | | 8-May-98 | SMART |
| 75/503596 | | 16-Jun-98 | ROCK & SKATE |
| 75/510470 | | 26-Jun-98 | SIDEWINDERS SIDE BY SIDE |
| 75/518009 | | 9-Jul-98 | GUMMI DUO HEARTS |
| 75/524697 | | 20-Jul-98 | MISTER SALTY Character Device |
| 75/586621 | | 2-Nov-98 | COOKIE MALLOWS |
| 75/597219 | | 30-Nov-98 | PACKS 2 GO! |
| 75/613740 | | 30-Dec-98 | SUPER FUDGE BLAST |
| 75/616027 | | 5-Jan-99 | COOKIE TV |
| 75/639811 | | 12-Feb-99 | SO CUTE, YOU COULD EAT 'EM UP |
| 75/642060 | | 17-Feb-99 | STRIPED SHORTBREAD |
| 75/644382 | | 18-Feb-99 | 100% REAL CHEESE TASTE EXPLOSION |
| 75/655159 | | 8-Mar-99 | SNACK MALLOWS |
| 75/655168 | | 8-Mar-99 | SNACKIN' MALLOWS |
| 75/679072 | | 9-Apr-99 | MOM'ERABLE MOMENTS |
| 75/702769 | | 11-May-99 | TO YOUR HEALTH! |
| 75/707659 | | 11-May-99 | HOT DOGZ |
| 75/708157 | | 17-May-99 | LIFE SAVER |
| 75/733635 | | 22-Jun-99 | SEASONUTS |
| 75/751666 | | 15-Jul-99 | KIDS SPOT |
| 75/751798 | | 15-Jul-00 | KIDS SPOT |
| 75/754513 | | 16-Jul-99 | KIDS PLACE |
| 75/754514 | | 16-Jul-99 | KIDS PLACE |
| 75/756918 | | 21-Jul-99 | CAFE CREMES |
| 75/757905 | | 22-Jul-99 | NABISCO KIDS WORLD |
| 75/757987 | | 22-Jul-99 | KIDS WORLD |
| 75/757990 | | 22-Jul-99 | NABISCO KIDS WORLD |
| 75/770620 | | 5-Aug-99 | NABISCO WORLD |
| 75/782022 | | 23-Aug-99 | PREMIUM PARTNERS and Design |
| 75/805742 | | 22-Sep-99 | CHOOSE YOUR TRAIL |
| 75/807067 | | 23-Sep-99 | PLANTERS CASHEWS CRUNCH |
| 75/814533 | | 4-Oct-99 | I'LL TAKE YOU TO THE GAME |
| 75/814541 | | 4-Oct-99 | OREOS |
| 75/840663 | | 3-Nov-99 | Misc. Design (Bear Design with One Arm Raised) |
| 75/852284 | | 17-Nov-99 | SWEET ROASTS |
| 75/895210 | | 12-Jan-00 | POP 'N SNACK |
| 75/910170 | | 26-Jan-00 | A.1. ROLLING STEAK HOUSE |
| 75/910172 | | 26-Jan-00 | A.1. ROLLING STEAK HOUSE |
| 75/910173 | | 26-Jan-00 | A.1. ROLLING STEAK HOUSE |
| 75/910253 | | 27-Jan-00 | KICKERZ |
| 75/910254 | | 27-Jan-00 | NUTTY DOUBLES |
| 75/915499 | | 2-Feb-00 | Skate Design |
| 75/915500 | | 2-Feb-00 | Racket Design |
| 75/920519 | | 7-Feb-00 | CANDYSTAND |
| 75/920554 | | 7-Feb-00 | PLANTERS PEANUT BAR BITES |
| 75/925375 | | 9-Feb-00 | Basketball Design |
| 75/925378 | | 9-Feb-00 | Baseball Mitt Design |
| 75/925379 | | 9-Feb-00 | Soccer Ball Design |
| 75/930162 | | 11-Feb-00 | NUTRAJOINT PLUS |

| App No | Reg No | Filed | Trademark |
|---|---|---|---|
| 75/930397 | | 14-Feb-00 | KID CITY |
| 75/930398 | | 14-Feb-00 | KID CITY |
| 75/930402 | | 14-Feb-00 | KID LAND |
| 75/930403 | | 14-Feb-00 | KID LAND |
| 75/935056 | | 15-Feb-00 | SIDELINE |
| 75/935057 | | 15-Feb-00 | SIDELINE |
| 75/950179 | | 28-Feb-00 | SNACK SACKS |
| 75/950361 | | 29-Feb-00 | HONEY MAID GRAHAMS S'MORES |
| 75/950587 | | 1-Mar-00 | LIVE WELL. SNACK WELL. |
| 75/955884 | | 10-Mar-00 | NABISCO DELIVERS |
| 75/955885 | | 10-Mar-00 | NABISCO DELIVERS |
| 75/955886 | | 10-Mar-00 | SHOPPER DNA |
| 75/955887 | | 10-Mar-00 | SHOPPER DNA |
| 75/955890 | | 10-Mar-00 | SYNERGY |
| 75/955891 | | 10-Mar-00 | SYNERGY |
| 75/955898 | | 10-Mar-00 | RETAIL EDGE |
| 75/955899 | | 10-Mar-00 | RETAIL EDGE |
| 76/144379 | | 10-Oct-00 | Circular Design |
| 76/145722 | | 10-Oct-00 | LIFE SAVERS Circular Design |
| 76/148556 | | 16-Oct-00 | SW Design II (3-D Cooke) |
| 76/148581 | | 16-Oct-00 | SW Design I (SW Stylized) |
| 76/233994 | | 30-Mar-01 | Wedge of Cheese Character |
| 76/268538 | | 6-Jun-01 | I'LL TAKE YOU TO THE GAME |
| 76/268539 | | 6-Jun-01 | Corn Character |
| 78/006106 | | 28-Apr-00 | BROUGHT TO YOU BY THE OUT THERE TASTE AND CRUNCH OF CORNNUT |
| 78/007054 | | 5-May-00 | GET THE NUTS TOGETHER FOR THE HOLIDAYS |
| 78/007243 | | 8-May-00 | KOOL STUF HAPPENS |
| 78/008752 | | 18-May-00 | FUNKADELIC |
| 78/009655 | | 24-May-00 | A COZY LITTLE PLACE IN YOUR DAY |
| 78/009656 | | 24-May-00 | GET THE NUTS TOGETHER |
| 78/009657 | | 24-May-00 | GET THE NUTS TOGETHER |
| 78/012523 | | 13-Jun-00 | MISTER SALTY Character Design |
| 78/012919 | | 15-Jun-00 | TRADITION YOU CAN TASTE |
| 78/013356 | | 19-Jun-00 | MEGA-DUALS |
| 78/014053 | | 22-Jun-00 | Burger Character with Striped Hat |
| 78/014054 | | 22-Jun-00 | Burger Character with Bowler Hat |
| 78/014055 | | 22-Jun-00 | Burger Character with Dotted Hat |
| 78/017524 | | 19-Jul-00 | Strawberry in the Splash of Cream Design |
| 78/017525 | | 19-Jul-00 | Orange in the Splash of Cream Design |
| 78/017526 | | 19-Jul-00 | Candy Design |
| 78/017527 | | 19-Jul-00 | Chocolate in the Splash of Cream Design |
| 78/018277 | | 25-Jul-00 | CORN GONE WRONG |
| 78/018278 | | 25-Jul-00 | IN SEVEN MEAN FLAVORS |
| 78/018331 | | 25-Jul-00 | BEECH-NUT |
| 78/018772 | | 28-Jul-00 | BEECH-NUT QUALITY Design |
| 78/018773 | | 28-Jul-00 | TID-BITS |
| 78/019436 | | 2-Aug-00 | BOOMERANG |
| 78/019993 | | 7-Aug-00 | RED BOX |
| 78/020134 | | 8-Aug-00 | RITZ CRISPS |
| 78/020135 | | 8-Aug-00 | WHEAT THINS CRISPS |
| 78/020137 | | 8-Aug-00 | CHEESE NIPS CRISPS |
| 78/021135 | | 14-Aug-00 | TROLLI-O'S |
| 78/023504 | | 29-Aug-00 | PEACHIE-O'S |
| 78/024172 | | 1-Sep-00 | NUT MATES |
| 78/024174 | | 1-Sep-00 | NUT CRISPS |
| 78/025347 | | 11-Sep-00 | CANDY-BLASTS |
| 78/025935 | | 14-Sep-00 | WACKY FACES |
| 78/025936 | | 14-Sep-00 | JUMBLERS |

| App No | Reg No | Filed | Trademark |
|---|---|---|---|
| 78/025537 | | 14-Sep-00 | GAMESTERS |
| 78/025538 | | 14-Sep-00 | Dog with Fork Design |
| 78/025539 | | 14-Sep-00 | Dog with Arms Out Desgn |
| 78/026907 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR THE BIG GAME |
| 78/026908 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR THE BIG GAME |
| 78/026909 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR A SPRING VACATION |
| 78/026910 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR A SPRING VACATION |
| 78/026911 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR THE TAILGATE |
| 78/026912 | | 20-Sep-00 | GET THE NUTS TOGETHER FOR THE TAILGATE |
| 78/027579 | | 25-Sep-00 | WIN THE HOLE THING |
| 78/027580 | | 25-Sep-00 | WIN THE HOLE THING |
| 78/027581 | | 25-Sep-00 | PLAY BALL |
| 78/027582 | | 25-Sep-00 | DIZZY DINOS |
| 78/028331 | | 29-Sep-00 | FUNMAKERS |
| 78/028654 | | 2-Oct-00 | SNACK ALERT |
| 78/033438 | | 2-Nov-00 | A.1. STEAKHOUSE |
| 78/033835 | | 3-Nov-00 | NABISCO |
| 78/033836 | | 3-Nov-00 | NABISCO w/Triangle and Colophon |
| 78/035009 | | 13-Nov-00 | BLUEBERRY BLASTOFFS |
| 78/035010 | | 13-Nov-00 | MELON-O'S |
| 78/035034 | | 13-Nov-00 | LIFE SAVERS GUMMIES |
| 78/035035 | | 13-Nov-00 | SURPRISINGLY HARDCORE CORN SNACKS IN SEVEN MEAN FLAVORS |
| 78/036234 | | 21-Nov-00 | THEY GOT THE MOVES |
| 78/037018 | | 29-Nov-00 | CHIPS AHOY! |
| 78/037437 | | 1-Dec-00 | MILK CHANGERS |
| 78/038311 | | 7-Dec-00 | STRAWBERRY SEAS |
| 78/038737 | | 11-Dec-00 | FUN IN A CAN |
| 78/039009 | | 12-Dec-00 | GRAB SOME |
| 78/039333 | | 14-Dec-00 | AMERICA'S FAVORITE COOKIE |
| 78/039668 | | 18-Dec-00 | MORE MMM...IN THE MIDDLE |
| 78/039669 | | 18-Dec-00 | MORE CHEESE TO PLEASE |
| 78/041358 | | 2-Jan-01 | BEEF STEAKS |
| 78/041359 | | 2-Jan-01 | CHICKEN DRUMSTIX |
| 78/042211 | | 8-Jan-01 | VALENTNE PALS |
| 78/042610 | | 10-Jan-01 | BAKER'S PRIDE |
| 78/042751 | | 11-Jan-01 | BACON WRAPPERS |
| 78/045601 | | 30-Jan-01 | CRAZY CARS |
| 78/045602 | | 30-Jan-01 | ALIENS & SAUCERS |
| 78/046289 | | 2-Feb-01 | GO-PAKS |
| 78/046291 | | 2-Feb-01 | GO PAKS |
| 78/047305 | | 8-Feb-01 | ADVENTURE IN EVERY BITE |
| 78/047956 | | 12-Feb-01 | NABISCO KIDS |
| 78/047957 | | 12-Feb-01 | NABISCO KIDS |
| 78/048084 | | 13-Feb-01 | LIFE SAVERS SALVAVIDAS |
| 78/048085 | | 13-Feb-01 | SALVAVIDAS |
| 78/049936 | | 23-Feb-01 | LOVE 'EM ALL YOU WANT |
| 78/054217 | | 21-Mar-01 | EXTREME WAVE FRUIT ROLLS |
| 78/057984 | | 11-Apr-01 | SPOOKY SNACKS |
| 78/064196 | | 17-May-01 | JUICERS |
| 78/066694 | | 31-May-01 | PREMIUM GOLD |
| 78/067997 | | 7-Jun-01 | BEARWICHES |
| 78/069003 | | 13-Jun-01 | DENTASNACKS |
| 78/072062 | | 2-Jul-01 | GO-PAKS |
| 78/072491 | | 5-Jul-01 | MILK-BONE (Stylized) |

REGISTRATIONS

SCHEDULE E

| Reg No | Date | Trademark |
|---|---|---|
| 2480967 | 21-Aug-01 | BRITE CCTOPUS |
| 2491448 | 18-Sep-01 | BACON & CHEESERS |
| 2495259 | 9-Oct-01 | CHEEZ MANIA |
| 2481836 | 28-Aug-01 | Miscellaneous Design (Eear with Arms at Side) |
| 2486878 | 11-Sep-01 | NEUTRAZIN |
| 2489310 | 11-Sep-01 | THE CREAMIEST, DREAMIEST LIFE SAVERS YET |
| 2489703 | 11-Sep-01 | SWEET & NUTTY |
| 2491032 | 18-Sep-01 | CRYSTAL CRAZE |
| 2493136 | 25-Sep-01 | THE REFRESHING FLAVORS OF LIFE |
| 2493137 | 25-Sep-01 | LIFE SAVERS. THE REFRESHING FLAVORS OF LIFE. |

REGISTRATIONS

SCHEDULE B

| Reg No | Date | Trademark |
|---|---|---|
| 2480967 | 21-Aug-01 | BRITE OCTOPUS |
| 2491448 | 18-Sep-01 | BACON & CHEESERS |
| 2495259 | 9-Oct-01 | CHEEZ MANIA |
| 2481836 | 28-Aug-01 | Miscellaneous Design (Bear with Arms at Side) |
| 2486878 | 11-Sep-01 | NEUTRAZIN |
| 2489310 | 11-Sep-01 | THE CREAMIEST, DREAMIEST LIFE SAVERS YET |
| 2489703 | 11-Sep-01 | SWEET & NUTTY |
| 2491032 | 18-Sep-01 | CRYSTAL CRAZE |
| 2493136 | 25-Sep-01 | THE REFRESHING FLAVORS OF LIFE |
| 2493137 | 25-Sep-01 | LIFE SAVERS. THE REFRESHING FLAVORS OF LIFE. |

FITCH, EVEN, TABIN & FLANNERY

ATTORNEYS AND COUNSELLORS AT LAW

*Established in 1859*

SUITE 1600 - 120 SOUTH LA SALLE STREET

CHICAGO, ILLINOIS 60603-3406

TELEPHONE (312) 577-7000

FACSIMILE (312) 577-7007

CALIFORNIA OFFICE
SUITE 510 - 4250 EXECUTIVE SQUARE
SAN DIEGO, CALIFORNIA 92037-9105
TELEPHONE (858) 552-1311

WASHINGTON, D.C. OFFICE
SUITE 401L - 1801 K STREET, NW
WASHINGTON, D.C. 20006-1201
TELEPHONE (202) 4197000

COLORADO OFFICE
SUITE 213 - 1942 BROADWAY
BOULDER, COLORADO 80302
TELEPHONE (303) 4026966

MORGAN L. FITCH, JR.
FRANCIS A. EVEN
JULIUS TABIN
JOHN F. FLANNERY
ROBERT B. JONES
JAMES J. SCHUMANN
JAMES J. HAMILL
TIMOTHY E. LEVSTIK
JOSEPH E. SHIPLEY
ROBERT J. FOX
KENNETH H. SAMPLES
PHILIP T. PETTI
JOSEPH T. NABOR
STEVEN C. SCHROER
RICHARD A. KABA*
KARL R. FINK
MARK W. HETZLER
TIMOTHY P. MALONEY
PERRY J. HOFFMAN
JAMES P. KRUEGER
STEPHEN S. FAVAKEH
EDWARD W. GRAY, JR.

BRUCE R. MANSFIELD
SHERRI N. BLOUNT*
RICHARD E. WAWRZYNIAK*
CHARLES WILLIAM PETERSON, JR.*
KATHLEEN A. RANNEY
KENDREW H. COLTON*
ROMI N. BOSE
STEVEN G. PARMELEE

CHRISTOPHER E. GEORGE*
SCOTT J. MENGHINI*
EDWARD E. CLAIR
PAMELA L. STEWART
SANDRA V. SCAVO
JON A. BIRMINGHAM
RUDY KRATZ
RAMON R. HOCH*
JOHN E. LYHUS
STEVEN M. FREELAND*
DONNA E. BECKER

PATENT AGENTS
ERIC J. WHITESELL
KURT J. FUGMAN
JONATHAN H. BACKENSTOSE
LILIA I. SAFONOV

OF COUNSEL
THOMAS F. LEBENS*

*NOT ADMITTED TO ILLINOIS BAR

November 16, 2001

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513
BOX ITU FEE

RE: Statement of Use
Trademark: AMERICA'S FAVORITE COOKIE
Serial No: 78/039333
Applicant: Kraft Foods Holdings, Inc.
Our File: 7453-72139

Dear Sir:

We enclose the Statement of Use of Kraft Foods Holdings, Inc. for the service mark AMERICA'S FAVORITE COOKIE along with a copy of the certificate of merger. The certificate of merger is provided merely for convenience as it is being separately submitted for recordation concurrent with this filing.

The Commissioner is hereby authorized to charge any fees which may be required in this proceeding during its entire pendency to Deposit Account No. 11-1650.

Very truly yours,

FITCH, EVEN, TABIN & FLANNERY

Joseph T. Nabor

EXHIBIT B

~TRADEMARK/SERVICE MARK ALLEGATION OF USE (Statement of Use/ Amendment to Allege Use) (15 U.S.C. § 1051 (c) or (d))~

~To the Assistant Commissioner for Trademarks~

<TRADEMARK/SERVICE MARK INFORMATION>

| | |
|---|---|
| <Mark> | AMERICA'S FAVORITE COOKIE |
| <Serial Number> | 78/039333 |

<APPLICANT INFORMATION>

| | |
|---|---|
| <Name> | Kraft Foods Holdings, Inc. |
| <Street> | Three Lakes Drive |
| <City> | Northfield |
| <State> | Illinois |
| <Country> | U.S.A. |
| <Zip/Postal Code> | 60093 |

<NOTICE OF ALLOWANCE INFORMATION>

<Notice of Allowance> ~*Enter YES if you are filing the Allegation of Use **after** a Notice of Allowance has issued. If not, enter NO.*~ no

<GOODS AND/OR SERVICES INFORMATION>

<All Goods and/or Services in Application/Notice of Allowance> ~*The owner is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance. If not, list in the next section the goods and/or services not in use to be deleted.*~

<Goods and/or Services Not in Use to be Deleted> ~*In the following space, list only those goods and/or services (and/or entire classes(es)) appearing in the application or Notice of Allowance for which the owner is **not** using the mark in commerce. **LEAVE THIS SPACE BLANK IF THE OWNER IS USING THE MARK ON OR IN CONNECTION WITH ALL THE GOODS AND/OR SERVICES LISTED IN THE APPLICATION OR NOTICE OF ALLOWANCE.***~

<USE INFORMATION>

| | |
|---|---|
| <Date of First Use Anywhere> | 02/01/98 |
| <Date of First Use in Commerce> | 02/01/98 |

<OPTIONAL - REQUEST TO DIVIDE INFORMATION>

<Request to Divide> ~*Enter YES if you are submitting a request to divide with this document. If not, enter NO.*~

PTO FORM 1553 (REV 5/99)
OMB Control No. 0651-0009 (Exp. 8/31/2001)

U.S. DEPARTMENT OF COMMERCE/Patent and Trademark Office
There is no requirement to respond to this collection of information unless a currently valid OMB number is displayed.

<FEE INFORMATION>

$100.00 x <Number of Classes> 1 = <Total Fees Paid> $.00.00

The U.S. Patent and Trademark Office is hereby authorized to charge any fees or credit any overpayments to Deposit Account No. ____________.

<SPECIMEN AND SIGNATURE INFORMATION>

*"Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (U.S.C. §1051 et. seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as currently used in commerce.*

**(You MUST ATTACH A SPECIMEN showing the mark as currently used in commerce for at least one product or service in each international class covered.)**

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C § 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true."

"Signature" Doug W. Cherry

<Date Signed> 11/16/01

<Name> Douglas Cherry

<Title> Attorney for Applicant

<CONTACT INFORMATION>

| | |
|---|---|
| <Name> | Douglas Cherry |
| <Company/Firm Name> | Kraft Foods Holdings, Inc. |
| <Street> | Three Lakes Drive |
| <City> | Northfield |
| <State> | Illinois |
| <Country> | U.S.A. |
| <Zip/Postal Code> | 60093 |
| <Telephone Number> | 847-646-2000 |
| <Fax Number> | 847-646-4431 |
| <e-Mail Address> | dcherry@kraft.com |

<CERTIFICATE OF MAILING> *"Recommended to avoid lateness due to mail delay."*

"I certify that the foregoing is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513, on"

<Date of Deposit> 11/16/01

"Signature" Joseph T. Nabor

<Name> Joseph T. Nabor

The information collected on this form allows an applicant to demonstrate that it has commenced use of the mark in commerce regulable by Congress. With respect to applications filed on the basis of an intent to use the mark, responses to the request for information are required to obtain the benefit of a registration on the Principal or Supplemental Register. 15 U.S.C. §§ 1051 et. seq. and 37 C.P.R. Part 2. All information collected will be made public. Gathering and providing the information will require an estimated thirteen minutes. Please direct comments on the time needed to complete this form, and/or suggestions for reducing this burden to the Chief Information Officer, U.S. Patent and Trademark Office U.S. Department of Commerce, Washington D.C. 20231. Please note that the PTO may not conduct or sponsor a collection of information using a form that does

FORM PTO-1618A
Expires 06/30/99
OMB 0651-0027

U.S. Department of Commerce
Patent and Trademark Office
TRADEMARK

RECORDATION FORM COVER SHEET
TRADEMARKS ONLY

TO: The Commisioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

**Submission Type**

[X] New

[ ] Resubmission (Non Recordation)
Document ID # ________

[ ] Correction of PTO Error
Reel # ________ Frame # ________

[ ] Corrective Document
Reel # ________ Frame # ________

**Conveyance Type**

[ ] Assignment [ ] License

[ ] Security Agreement [ ] Nunc Pro Tunc Assignment

[X] Merger

Effective Date: Month 07 Day 29 Year 01

[ ] Change of Name

[ ] Other ________

**Conveying Party** [ ] Mark if additional names of conveying parties attached.

Name Nabisco Brands Company

Execution Date: Month 07 Day 27 Year 01

Formerly ________

[ ] Individual [ ] General Partnership [ ] Limited Partnership [X] Corporation [ ] Association

[ ] Other ________

[X] Citizenship/State of Incorporation/Organization Delaware

**Receiving Party** [ ] Mark if additional names of receiving parties attached.

Name Kraft Foods Holdings, Inc.

DBA/AKA/TA ________

Composed of ________

Address (line 1) Three Lakes Drive

Address (line 2) ________

Address (line 3) Northfield (City) Illinois (State) 60093 (Zip Code)

[ ] Individual [ ] General Partnership [ ] Limited Partnership [ ] If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative should be attached. (Designation must be in a separate document from assignment.)

[X] Corporation [ ] Association

[ ] Other ________

[X] Citizenship/State of Incorporation/Organization Delaware

FOR OFFICE USE ONLY

Public burden reporting this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and Gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

FITCH, EVEN, TABIN & FLANNERY
ATTORNEYS AND COUNSELLORS AT LAW
*Established in 1859*
SUITE 1600 · 120 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603-3406
TELEPHONE (312) 577-7000
FACSIMILE (312) 577-7007

CALIFORNIA OFFICE
SUITE 510 · 4250 EXECUTIVE SQUARE
SAN DIEGO, CALIFORNIA 92037-9105
TELEPHONE (858) 552-1311

WASHINGTON, D.C. OFFICE
SUITE 401L · 1801 K STREET, NW
WASHINGTON, D.C. 20006-1201
TELEPHONE (202) 419-7000

MORGAN L. FITCH, JR.
FRANCIS A. EVEN
JULIUS TABIN
JOHN F. FLANNERY
ROBERT B. JONES
JAMES J. SCHUMANN
JAMES J. HAMILL
TIMOTHY E. LEVSTIK
JOSEPH E. SHIPLEY
ROBERT J. FOX
KENNETH H. SAMPLES
PHILIP T. PETTI
JOSEPH T. NABOR
STEVEN C. SCHROER
RICHARD A. KABA*
KARL R. FINK
MARK W. HETZLER
TIMOTHY P. MALONEY
PERRY J. HOFFMAN
JAMES P. KRUEGER
STEPHEN S. FAVAKEH
EDWARD W. GRAY, JR.

BRUCE R. MANSFIELD
SHERRI N. BLOUNT*
RICHARD E. WAWRZYNIAK*
CHARLES WILLIAM PETERSON, JR.*
KATHLEEN A. RANNEY
KENDREW H. COLTON*
ROMI N. BOSE
STEVEN G. PARMELEE

ROBERTA L. HASTREITER
CHRISTOPHER E. GEORGE*
SCOTT J. MENGHINI*
EDWARD E. CLAIR
PAMELA L. STEWART
EDWARD E. CASTO, JR.
SANDRA V. SCAVO
JON A. BIRMINGHAM
RUDY KRATZ
RAMON R. HOCH*
JOHN E. LYHUS

PATENT AGENTS
ERIC J. WHITESELL
KURT J. FUGMAN
JONATHAN H. BACKENSTOSE
LILIA I. SAFONOV

OF COUNSEL
THOMAS F. LEBENS*

*NOT ADMITTED TO ILLINOIS BAR

November 6, 2001

Hon. Commissioner of Patents
and Trademarks
Box Assignments
Washington, D.C. 20231

Re: Recording of Certificate of Merger
Our File Nos.: 7453-72139, 7454-72140, 7455-72141, 7455-72335, 7456-72142, 7457-72143, 7458-72144, 7459-72145

Honorable Sir:

Please record the enclosed Certificate of Merger from Nabisco Brands Company, a Delaware Corporation, to Kraft Foods Holdings, Inc., a Delaware Corporation, covering the trademark applications and registrations on the attached list.

In connection with the above-identified Certificate of Merger, the Commissioner is hereby authorized to charge the $4515 fee, and any additional fees, required in this proceeding during its entire pendency to Deposit Account No. 11-1650.

Please return the Assignment to us as soon as it has been recorded.

Respectfully Submitted,

By: Joseph T. Nabor

JTN:gjm
Enclosures

Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignment, Washington D.C. 20231

FORM PTO-16 SB
Expires 06/30/99
OMB 0651-0027

U.S. Department of Commerce
Patent and Trademark Office
TRADEMARK

**Domestic Representative Name and Address** — Enter for the first Receiving Party only.

Name ______

Address (line 1) ______

Address (line 2) ______

Address (line 4) ______

**Correspondent Name and Address**

Area Code and Telephone Number 312-577-7000

Name Joseph T. Nabor

Address (line 1) Fitch, Even, Tabin & Flannery

Address (line 2) 120 South LaSalle Street, Suite 1600

Address (line 4) Chicago, Illinois 60603

**Pages** — Enter the total number of pages of the attached conveyance document including any attachments. # 11

**Trademark Application Number(s) or Registration Number(s)** [ X ] Mark if additional numbers attached.

*Enter either the Trademark Application Number or the Registration Number (DO NOT ENTER BOTH numbers for the same property).*

| Trademark Application Number(s) | | | Registration Number(s) | | |
|---|---|---|---|---|---|
| Attached List A | | | Attached List B | | |
| | | | | | |
| | | | | | |

**Number of Properties** — Enter the total number of properties involved. # 180

**Fee Amount**

Fee Amount for Properties Listed (37 CFR 3.41): $ 4515.00

Method of Payment: Enclosed [ ] Deposit Account [X ]
(Enter for payment by deposit account or if additional fees can be charged to the account.)

Deposit Account Number: # 11-1650

Authorization to charge additional fees: Yes [X] No [ ]

Case 4:02-cv-00594-SOW Document 61-1 Filed 01/31/03 Page 28 of 49

State of Delaware

Office of the Secretary of State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"NABISCO BRANDS COMPANY", A DELAWARE CORPORATION,

"NABISCO MUSIC PUBLISHERS, INC.", A DELAWARE CORPORATION,

"NABISCO MUSIC VENTURES, INC.", A DELAWARE CORPORATION,

WITH AND INTO "KRAFT FOODS HOLDINGS, INC." UNDER THE NAME OF "KRAFT FOODS HOLDINGS, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SEVENTH DAY OF JULY, A.D. 2001, AT 4:30 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE TWENTY-NINTH DAY OF JULY, A.D. 2001, AT 11:59 O'CLOCK P.M.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

3123106 8100M

010375837

AUTHENTICATION: 1275385

DATE: 08-02-01

**Statement and Signature**

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.*

| Joseph T. Nabor | [signature] | 11/06/01 |
|---|---|---|
| Name of Person Signing | Signature | Date Signed |

Statement and Signature

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.*

| Joseph T. Nabor | [signature] | 11/06/01 |
|---|---|---|
| Name of Person Signing | Signature | Date Signed |

State of Delaware

Office of the Secretary of State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"NABISCO BRANDS COMPANY", A DELAWARE CORPORATION,

"NABISCO MUSIC PUBLISHERS, INC.", A DELAWARE CORPORATION,

"NABISCO MUSIC VENTURES, INC.", A DELAWARE CORPORATION,

WITH AND INTO "KRAFT FOODS HOLDINGS, INC." UNDER THE NAME OF "KRAFT FOODS HOLDINGS, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SEVENTH DAY OF JULY, A.D. 2001, AT 4:30 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE TWENTY-NINTH DAY OF JULY, A.D. 2001, AT 11:59 O'CLOCK P.M.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

3123106 8100M

010375837

AUTHENTICATION: 1275085

DATE: 08-02-01

OREO
Chocolate Sandwich Cookies
NABISCO
America's Favorite Cook
OREO
Chocolate Sandwich Cookies
NET WT 1 LB 4 OZ (567g)

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 04:30 PM 07/27/2001
010367838 - 3123106

# CERTIFICATE OF MERGER

OF

NABISCO BRANDS COMPANY,

NABISCO MUSIC VENTURES, INC. AND

NABISCO MUSIC PUBLISHERS, INC.

INTO

KRAFT FOODS HOLDINGS, INC.

---

**Pursuant to Section 251 of the**

**General Corporation Law of the State of Delaware**

**********

KRAFT FOODS HOLDINGS, INC., a corporation organized and existing under the law of the State of Delaware (the "Corporation"),

DOES HEREBY CERTIFY:

FIRST: The constituent business corporations participating in the merger herein certified are:

(a) Nabisco Brands Company, which is incorporated under the laws of the State of Delaware;

(b) Nabisco Music Ventures, Inc., which is incorporated under the laws of the State of Delaware;

(c) Nabisco Music Publishers, Inc., which is incorporated under the laws of the State of Delaware; and

(d) Kraft Foods Holdings, Inc., which is incorporated under the laws of the State of Delaware.

SECOND: The Agreement of Merger of Nabisco Brands Company, Nabisco Music Ventures, Inc., and Nabisco Music Publishers, Inc. with and into Kraft Foods Holdings, Inc. has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations.

THIRD: The name of the surviving corporation is Kraft Foods Holdings, Inc.

FOURTH: The Certificate of Incorporation of the Corporation shall be the Certificate of Incorporation of the surviving corporation.

FIFTH: The merger is to become effective at 11:59 p.m. (Eastern Daylight Time) on July 29, 2001.

SIXTH: The executed Agreement of Merger is on file at the principal place of business of the surviving corporation, the address of which is Three Lakes Drive, Northfield, Illinois 60093.

SEVENTH: A copy of the Agreement of Merger will be furnished by the surviving corporation on request and without cost to any stockholder of any constituent corporation.

Dated: July 27, 2001

**KRAFT FOODS HOLDINGS, INC.**

By: /s/ Robert L. Herst
Name: Robert L. Herst
Title: Vice President

**Recording of Certificate of Merger**
**from Nabisco Brands Company to Kraft Foods Holdings, Inc.**
Encs. (Recordation Cover Sheet, List of Applications & Registrations & Certificate of Merger)

JTN/gjm
11/06/01

7453-72139, 7454-72140, 7455-72141, 7455-72335, 7456-72142, 7457-72143, 7458-72144, 7459-72145

Hon. Commissioner of Patents and Trademarks

Sir:

Please acknowledge receipt of the above-identified documents by applying the Patent and Trademark Office receipt stamp hereto and mailing this card.

Respectfully,

FITCH, EVEN, TABIN & FLANNERY

**Recording of Certificate of Merger**
**from Nabisco Brands Company to Kraft Foods Holdings, Inc.**
Encs. (Recordation Cover Sheet, List of Applications & Registrations & Certificate of Merger)

JTN/gjm
11/06/01

7453-72139, 7454-72140, 7455-72141, 7455-72335, 7456-72142, 7457-72143, 7458-72144, 7459-72145

Hon. Commissioner of Patents and Trademarks

Sir:

Please acknowledge receipt of the above-identified documents by applying the Patent and Trademark Office receipt stamp hereto and mailing this card.

Respectfully,

FITCH, EVEN, TABIN & FLANNERY

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO. 78/039333
APPLICANT Nabisco Brands Company

MARK
AMERICA'S FAVORITE COOKIE

ADDRESS
Kathleen J. Gallagher, Esq.
NABISCO BRANDS COMPANY
100 SPEAR ST STE 1630
SAN FRANCISCO CA 94105-1571

ACTION NO. 01

MAILING DATE 05/21/01

REF. NO.

FORM PTO-1525(5-90) U.S. DEPT. OF COMM. & TM OFFICE

PAPER NO.

ADDRESS:
**Commissioner for Trademarks**
**2900 Crystal Drive**
**Arlington, VA 22202-3513**
**www.uspto.gov**

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

Please provide in all correspondence:

1. Filing Date, serial number, mark and Applicant's name.
2. Mailing date of this Office action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and ZIP code.

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the Trademark Law Office No., Serial No., and Mark in the upper right corner of your response.*

RE: Serial Number: 78/039333 AMERICA'S FAVORITE COOKIE

The assigned examining attorney has reviewed the referenced application and determined the following.

**NO CONFLICTING MARKS**

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 1105.01.

**MERELY DESCRIPTIVE**

The examining attorney refuses registration on the Principal Register because the proposed mark is merely descriptive of the identified goods. Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1); TMEP section 1209 *et seq*. A mark is merely descriptive under Trademark Act Section 2(e)(1), 15 U.S.C. 1052(e)(1), if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the relevant goods. *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987); *In re Bed & Breakfast Registry*, 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP section 1209.01(b).

The applicant seeks registration of the mark AMERICA'S FAVORITE COOKIE for use with "cookies." The wording AMERICA'S FAVORITE is a laudatory expression accompanied by the

generic name of the goods. Laudatory terms, those which attribute quality or excellence to goods or services, are equivalent to other descriptive terms under Trademark Act Section 2(e)(1), 15 U.S.C. Section 1052(e)(1). That is, laudatory terms are nondistinctive and unregistrable without proof of acquired distinctiveness. *Exquisite Form Industries, Inc. v. Exquisite Fabrics of London*, 378 F. Supp. 403, 183 USPQ 666 (S.D.N.Y. 1974) (EXQUISITE); *In re Ervin*, 1 USPQ2d 1665 (TTAB 1986) (THE ORIGINAL); *In re Inter-State Oil Co.*, 219 USPQ 1229 (TTAB 1983) (PREFERRED); *In re Royal Viking Line A/S*, 216 USPQ 795 (TTAB 1982) (WORLD CLASS); *In re Wileswood, Inc.*, 201 USPQ 400 (TTAB 1978) (AMERICA'S BEST POPCORN! and AMERICA'S FAVORITE POPCORN!). Consequently, the mark is unregistrable on the Principal Register without a showing of acquired distinctiveness.

***Supplemental Register***

Although the examining attorney has refused registration on the Principal Register, the applicant may amend the application to seek registration on the Supplemental Register. Trademark Act Section 23, 15 U.S.C. Section 1091; 37 C.F.R. Sections 2.47 and 2.75(a); TMEP sections 202.02(b) and 1115.

Please note that the mark in an application under Trademark Act Section 1(b), 15 U.S.C. Section 1051(b), is not eligible for registration on the Supplemental Register until an acceptable amendment to allege use under 37 C.F.R. Section 2.76 or statement of use under 37 C.F.R. Section 2.88 has been timely filed. 37 C.F.R. Section 2.47(c); TMEP section 1105.01(a)(vii). When such an application is changed from the Principal Register to the Supplemental Register, the effective filing date of the application is the date of filing of the allegation of use. 37 C.F.R. Section 2.75(b); TMEP section 708.01.

**INFORMALITY**

If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informality.

**Ownership of Prior Registration**

If the applicant is the owner of Registration No. 2149887, the applicant must submit a claim of ownership. 37 C.F.R. Section 2.36; TMEP section 812.

**APPLICANT'S RESPONSE**

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration. If the applicant chooses to respond to the refusal to register, the applicant must also respond to the informality.

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

Karla Perkins
Trademark Examining Attorney
Law Office 102
703-308-9102 X169
Karla.Perkins@uspto.gov

[Typed Drawing]

Mark
AMERICA'S FAVORITE CHOCOLATE CHIP COOKIE!

Pseudo Mark
AMERICAS FAVORITE CHOCOLATE CHIP COOKIE

Goods and Services
IC 030. US 046. G & S: cookies. FIRST USE: 19960400. FIRST USE IN COMMERCE: 19960400

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
**75222072**

Filing Date
January 8, 1997

Filed ITU
FILED AS ITU

Supplemental Register Date
January 20, 1998

Registration Number
2149887

Registration Date
April 7, 1998

Owner Name and Address
(REGISTRANT) Nabisco Brands Company CORPORATION DELAWARE One South Wacker Drive, Suite 2740 Chicago ILLINOIS 60606

Type of Mark
TRADEMARK

Register
SUPPLEMENTAL

Live Dead Indicator
LIVE

Attorney of Record
KATHLEEN J GALLAGHER

*** Search: 1 *** Document Number: 1 ***

| | |
|---|---|
| NAME | Nabisco Brands Company |
| STREET | 1105 North Market Street, Suite 803 |
| CITY | Wilmington |
| STATE | DE |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 19801 |
| TELEPHONE NUMBER | (415) 547-1980 |
| FAX NUMBER | (415) 547-1988 |
| E-MAIL ADDRESS | gallagherk@nabisco.com |
| AUTHORIZE E-MAIL COMMUNICATION | Yes |
| CORPORATION: STATE/COUNTRY OF INCORPORATION | Delaware |
| MARK | AMERICA'S FAVORITE COOKIE |
| TYPED FORM | Yes |
| INTENT TO USE: SECTION 1(b) | Yes |
| INTERNATIONAL CLASS NUMBER | 030 |
| LISTING OF GOODS AND/OR SERVICES | Cookies |
| NAME | Kathleen J. Gallagher, Esq. |
| STREET | 100 Spear Street, Suite 1630 |
| CITY | San Francisco |
| STATE | CA |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 94105 |
| E-MAIL ADDRESS | gallagherk@nabisco.com |
| AUTHORIZE E-MAIL COMMUNICATION | Yes |

| | |
|---|---|
| FIRM NAME | Nabisco Brands Company |
| TELEPHONE NUMBER | (415) 547-1980 |
| FAX NUMBER | (415) 547-1988 |
| TOTAL FEES PAID | 325 |
| NUMBER OF CLASSES PAID | 1 |
| NUMBER OF CLASSES | 1 |
| DEPOSIT ACCOUNT NUMBER | 140060 |
| NAME OF PERSON AUTHORIZING ACCOUNT ACTIVITY | Kathleen J. Gallagher, Esq. |
| COMPANY/FIRM NAME | Nabisco Brands Company |
| E-MAIL ADDRESS FOR CORRESPONDENCE | gallagherk@nabisco.com |
| SIGNATURE | /Kathleen J. Gallagher/ |
| DATE | 12/14/2000 |
| NAME | Kathleen J. Gallagher, Esq. |
| TITLE | President |
| LINE | Kathleen J. Gallagher, Esq. |
| LINE | Nabisco Brands Company |
| LINE | 100 Spear Street, Suite 1630 |
| LINE | San Francisco CA 94105 |
| SERIAL NUMBER | 78/039333 |
| INTERNET TRANSMISSION DATE | Thursday, 12-14-2000 17:20:25 EST |
| TEAS STAMP | USPTO-159164243112-20001214172016325-78/039333-122fda77d0005195f90a369b9660391e80c-DA-140060-20001214170716325 |
| -MAIL ADDRESS FOR ACKNOWLEDGMENT- | gallagherk@nabisco.com |

eTeas Trademark/Service Mark Applica

78039333

Page 3 of 2

78039333

12/20/2000 1:47 PM

<SERIAL NUMBER> 78039333
<FILING DATE> 12/14/2000

**<DOCUMENT INFORMATION>**
<TRADEMARK/SERVICEMARK APPLICATION>
<VERSION 1.22>

**<APPLICANT INFORMATION>**

| | |
|---|---|
| <NAME> | Nabisco Brands Company |
| <STREET> | 1105 North Market Street, Suite 803 |
| <CITY> | Wilmington |
| <STATE> | DE |
| <COUNTRY> | USA |
| <ZIP/POSTAL CODE> | 19801 |
| <TELEPHONE NUMBER> | (415) 547-1980 |
| <FAX NUMBER> | (415) 547-1988 |
| <E-MAIL ADDRESS> | gallagherk@nabisco.com |
| <AUTHORIZE E-MAIL COMMUNICATION> | Yes |

**<APPLICANT ENTITY INFORMATION>**
<CORPORATION: STATE/COUNTRY OF INCORPORATION> Delaware

**<TRADEMARK/SERVICEMARK INFORMATION>**
<MARK> AMERICA'S FAVORITE COOKIE
<TYPED FORM> Yes
* Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). *

**<BASIS FOR FILING AND GOODS/SERVICES INFORMATION>**
<INTENT TO USE: SECTION 1(b)> Yes
* Applicant has a bona fide intention to use or use through a related company the mark in commerce on or in connection with the below-identified goods/services. (15 U.S.C. Section 1051(b), as amended.) *
<INTERNATIONAL CLASS NUMBER> 030
<LISTING OF GOODS AND/OR SERVICES> Cookies

**<ATTORNEY INFORMATION>**

| | |
|---|---|
| <NAME> | Kathleen J. Gallagher, Esq. |
| <STREET> | 100 Spear Street, Suite 1630 |
| <CITY> | San Francisco |
| <STATE> | CA |
| <COUNTRY> | USA |
| <ZIP/POSTAL CODE> | 94105 |
| <E-MAIL ADDRESS> | gallagherk@nabisco.com |

<AUTHORIZE E-MAIL COMMUNICATION> Yes
<FIRM NAME> Nabisco Brands Company
<TELEPHONE NUMBER> (415) 547-1980
<FAX NUMBER> (415) 547-1988

**<FEE INFORMATION>**
<TOTAL FEES PAID> 325
<NUMBER OF CLASSES PAID> 1
<NUMBER OF CLASSES> 1

**<DEPOSIT ACCOUNT INFORMATION>**
<DEPOSIT ACCOUNT NUMBER> 140060
* The U.S. Patent and Trademark Office is hereby authorized to charge any fees or credit any overpayments to the deposit account listed above. *
<NAME OF PERSON AUTHORIZING ACCOUNT ACTIVITY> Kathleen J. Gallagher, Esq.
<COMPANY/FIRM NAME> Nabisco Brands Company

**<LAW OFFICE INFORMATION>**
* The USPTO is authorized to communicate with the applicant's attorney at the below e-mail address *
<E-MAIL ADDRESS FOR CORRESPONDENCE> gallagherk@nabisco.com

**<SIGNATURE AND OTHER INFORMATION>**
* PTO-Application Declaration: The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true. *
<SIGNATURE> /Kathleen J. Gallagher/
<DATE> 12/14/2000
<NAME> Kathleen J. Gallagher, Esq.
<TITLE> President

**<MAILING ADDRESS>**
<LINE> Kathleen J. Gallagher, Esq.
<LINE> Nabisco Brands Company

<LINE> 100 Spear Street, Suite 1630
<LINE> San Francisco CA 94105

**<SERIAL NUMBER INFORMATION>**
<SERIAL NUMBER> 78/039333
<INTERNET TRANSMISSION DATE> Thursday, 12-14-2000 17:20:25 EST
<TEAS STAMP>
USPTO-159164243112-20001214172016325-78/039333-122fda77d0005195f90a369b96603 91e80c-DA-140060-20001214170716325
E-MAIL ADDRESS FOR ACKNOWLEDGMENT> gallagherk@nabisco.com

<SERIAL NUMBER> 78039333
<FILING DATE> 12/14/2000

**<DEPOSIT ACCOUNT INFORMATION>**
<DEPOSIT ACCOUNT NUMBER> 140060
* The U.S. Patent and Trademark Office is hereby authorized to charge any fees or credit any overpayments to the deposit account listed above. *
<NAME OF PERSON AUTHORIZING ACCOUNT ACTIVITY> Kathleen J. Gallagher, Esq.
<COMPANY/FIRM NAME> Nabisco Brands Company

**<LAW OFFICE INFORMATION>**
* The USPTO is authorized to communicate with the applicant's attorney at the below e-mail address *
<E-MAIL ADDRESS FOR CORRESPONDENCE> gallagherk@nabisco.com

**<SIGNATURE AND OTHER INFORMATION>**
* PTO-Application Declaration: The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true. *

| | |
|---|---|
| <SIGNATURE> | /Kathleen J. Gallagher/ |
| <DATE> | 12/14/2000 |
| <NAME> | Kathleen J. Gallagher, Esq. |
| <TITLE> | President |

**Internet Transmission Date:**
2000/12/14

**Filing Date:**
2000/12/14

**Serial Number:**
78039333

TRADEMARK APPLICATION

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

TOTAL FEES DUE: $325

**DEPOSIT ACCOUNT NUMBER: 140060**

NO OCR

12-14-2000

**Drawing Page**

**Serial Number:**
78039333

**Applicant:**
Nabisco Brands Company
1105 North Market Street, Suite 803
Wilmington DE USA 19801

**Goods and Services:**
Cookies

**Mark:**

AMERICA'S FAVORITE COOKIE

NO CCR

12-14-2000