RM PTO-102
9

78-136703 +

TYPED DRAWING

**FILING DATE**
June 18, 2002

**ORIGINAL APPLICANT**
Barilla Alimentare S.p.A.

**GOODS/SERVICES (CLASS 030)**
pasta, pasta products, sauces for pasta

**FILING BASIS**
ITU

**ORIGINAL CORRESPONDENT**
G. Franklin Rothwell, Esq.

Trademark

BARILLA - AMERICA'S FAVORITE PASTA

PRINCIPAL

LAW OFFICE 102

ATTORNEY ADVISOR: ____________________

78-136703 +

U.S. DEPARTMENT OF COMM
Patent and Trademark

Approved for Publication (Principal Register) (Signature/Date)

Approved for Registration (Section 1(d)) (Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date)

NOP

NOA

☐ Abandoned

(Date)

Trademark

NEW CASE DELIVERED
OCT 0 2 2002
LAW OFFICE 101

Serial Number
(Text)

TRADEMARK
78136703

NEW CASE DELIVERED
SEP 2 8 2002
LAW OFFICE 111

# PROSECUTION HISTORY

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | OCT 15 2002 | [initials] |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |

☐ See inside of file for additional entries.

*** User: dspruill ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 39 | 4 | 35 | 14 | 0:01 | "barilla alimentare"[on] |
| 02 | 1609 | N/A | 0 | 0 | 0:04 | *b$1r{v}l$1{v}*[bi,ti] |
| 03 | 223 | 0 | 223 | 67 | 0:11 | 2 and "030"[cc] not dead[ld] |
| 04 | 34385 | N/A | 0 | 0 | 0:06 | *m{v}r{v}{"ckqx"}a*[bi,ti] |
| 05 | 1017 | N/A | 0 | 0 | 0:11 | *{"fh"}avor{v}t*[bi,ti] |
| 06 | 8369 | N/A | 0 | 0 | 0:02 | *be{"sz"}t*[bi,ti] |
| 07 | 1530 | N/A | 0 | 0 | 0:01 | *pre{"fp"}$1er*[bi,ti] |
| 08 | 23850 | N/A | 0 | 0 | 0:04 | ("1" one*)[bi,ti] |
| 09 | 1325 | N/A | 0 | 0 | 0:01 | *pa{"sz"}ta*[bi,ti] |
| 10 | 901 | N/A | 0 | 0 | 0:01 | 4 and (5 6 7 8 9) |
| 11 | 23 | 13 | 10 | 2 | 0:01 | 9 and (5 6 7 8) |
| 12 | 214 | 0 | 214 | 69 | 0:10 | 10 and "030"[cc] not dead[ld] |

Session started 10/11/02 9:29:16 AM
Session finished 10/11/02 9:44:24 AM
Total search duration 0 minutes 53 seconds
Session duration 15 minutes 8 seconds

Default NEAR limit= 1 ADJ limit= 1

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 78/136703

**APPLICANT**: Barilla Alimentare S.p.A.

**CORRESPONDENT ADDRESS**:
G. Franklin Rothwell, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, NW
Suite 800
Washington DC 20005

**MARK**: BARILLA - AMERICA'S FAVORITE PASTA

**CORRESPONDENT'S REFERENCE/DOCKET NO**: 2778-127

**CORRESPONDENT EMAIL ADDRESS**:
N/A

OCT 15 2002

**RETURN ADDRESS**:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513
**ecom101@uspto.gov**

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## PRIORITY ACTION

OFFICE SEARCH: The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). TMEP section 704.02.

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.** This case will be given priority as an amended case if you respond to the requirements stated below within two months.

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

RE: Serial Number 78/136703

The following issues were discussed in communication with G. Franklin Rothwell on 10/11/02.

**1. <u>IDENTIFICATION OF GOODS -UNACCEPTABLE:</u>**
The identification of goods is indefinite because the applicant uses the wording "products." The identification of goods must be specific. The applicant must amend the identification to specify the common commercial name of the goods or to indicate their nature. The recitation identification must be all-inclusive. The applicant should amend the identification to replace this wording with "namely." The applicant may amend the identification to substitute the following wording, if

accurate: **"Pasta, pasta products, <u>namely, [specify the products]</u>, sauces for pasta," in International Class 030**. 37 C.F.R. Section 2.71(a); TMEP sections 804 and 804.08(c).[1]

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. Section 2.71(a); TMEP section 804.09. Therefore, the applicant may not amend to include any goods that are not within the scope of goods set forth in the present identification.

**2. <u>DISCLAIMER REQUIREMENT:</u>**
The applicant must disclaim the wording AMERICA'S FAVORITE PASTA in the mark because the wording AMERICA'S is a term having geographical significance combined with FAVORITE a laudatory descriptive term, and PASTA a generic term.

Also, the examining attorney has attached third-party registrations showing the term **AMERICA('S)** combined with laudatory and generic terms disclaimed. *See* the attached enclosure. Third-party registrations are probative to the extent of demonstrating "that a mark or a portion thereof is suggestive or descriptive of certain goods and/or services and hence is entitled to a narrow scope of protection; properly used in this limited manner, third-party registrations are similar to dictionaries showing how language is generally used." *See* TMEP section 1207.01(c)(iv); *see also*, e.g., Specialty Brands, Inc. v. Coffee Bean Distributors, Inc., 748 F.2d 669, 223 USPQ 1281 (Fed. Cir. 1984); Tektronix, Inc. v. Daktronics, Inc, 534 F.2d 915, 917, 189 USPQ 693, 694-95 (C.C.P.A. 1975); In re Melville Corp., 18 USPQ2d 1386, 1388 (TTAB 1991); In re Dayco Products-Eaglemotive Inc., 9 USPQ2d 1910, 1911 (TTAB 1988); In re J.M. Originals Inc., 6 USPQ2d 1393, 1394 (TTAB 1987); United Foods Inc. v. J.R. Simplot Co., 4 USPQ2d 1172, 1174 (TTAB 1987).

The computerized printing format for the *Trademark Official Gazette* requires a standard form for a disclaimer. TMEP section 1213.09(a)(i). A properly worded disclaimer should read as follows:

No claim is made to the exclusive right to use **"AMERICA'S FAVORITE PASTA"** apart from the mark as shown.

Darryl M. Spruill
Trademark Attorney
Law Office 101
(703) 308-9101, Ext. 170
darryl.spruill@uspto.gov

[1] Please note that the recommended identification of goods is not exhaustive. The applicant is directed to the Office's searchable database of the Manual of Acceptable Identifications of Goods and Services. The address for this is: <u>http://www.uspto.gov/web/offices/tac/doc/gsmanual/</u>.

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

[Typed Drawing]

Mark
AMERICA'S FAVORITE PIZZA FEAST

Pseudo Mark
AMERICAS FAVORITE PIZZA FEAST

Goods and Services
IC 030. US 046. G & S: Pizza for consumption on or off the premises.
FIRST USE: 19920427. FIRST USE IN COMMERCE: 19920427

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
78057808

Filing Date
April 11, 2001

Publication for Opposition Date
January 15, 2002

Registration Number
2558945

Registration Date
April 9, 2002

Owner Name and Address
(REGISTRANT) Domino's Pizza PMC, Inc. CORPORATION MICHIGAN 30 Frank Lloyd
Wright Drive Ann Arbor MICHIGAN 48106

Prior Registration(s)
1705234;1791773;1825321;AND OTHERS

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICA'S FAVORITE PIZZA'
APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL

Live Dead Indicator
LIVE

Attorney of Record
Elizabeth F. Janda

*** Search: 14 *** Document Number: 2 ***

*** User: dspruill *** Serial Number: 78039333 *** 10/11/02 10:58:13 AM *

[Typed Drawing]

Mark
AMERICA'S FAVORITE COOKIE

Goods and Services
IC 030. US 046. G & S: Cookies. FIRST USE: 19980201. FIRST USE IN COMMERCE: 19980201

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
78039333

Filing Date
December 14, 2000

Filed ITU
FILED AS ITU

Supplemental Register Date
November 19, 2001

Registration Number
2572410

Registration Date
May 21, 2002

Owner Name and Address
(REGISTRANT) Nabisco Brands Company CORPORATION DELAWARE 1105 North Market Street, Suite 803 Wilmington DELAWARE 19801

Assignment Recorded
ASSIGNMENT RECORDED

Prior Registration(s)
2149887

Type of Mark
TRADEMARK

Register
SUPPLEMENTAL

Live Dead Indicator
LIVE

Attorney of Record
Kathleen J. Gallagher, Esq.

*** Search: 14 *** Document Number: 1 ***

[Typed Drawing]

Mark
AMERICA'S FAVORITE SOUR GUM

Pseudo Mark
AMERICAS FAVORITE SOUR GUM

Goods and Services
IC 030. US 046. G & S: BUBBLE GUM. FIRST USE: 19990615. FIRST USE IN COMMERCE: 19990615

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75768708

Filing Date
August 5, 1999

Supplemental Register Date
December 15, 1999

Registration Number
2347915

Registration Date
May 2, 2000

Owner Name and Address
(REGISTRANT) Philadelphia Chewing Gum Corporation CORPORATION PENNSYLVANIA Havertown PENNSYLVANIA 190832189

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOUR GUM" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
SUPPLEMENTAL

Live Dead Indicator
LIVE

Attorney of Record
Harriet E. Perkins

*** Search: 14 *** Document Number: 4 ***

*** User: dspruill *** Serial Number: 75618178 *** 10/11/02 10:58:14 AM *

[Typed Drawing]

Mark
TUMARO'S GOURMET TORTILLAS -- AMERICA'SFAVORITE

Pseudo Mark
TUMAROS GOURMET TORTILLAS AMERICAS FAVORITE

Goods and Services
IC 030. US 046. G & S: tortillas and crepes. FIRST USE: 20000411.
FIRST USE IN COMMERCE: 20000411

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75618178

Filing Date
January 11, 1999

Filed ITU
FILED AS ITU

Publication for Opposition Date
October 26, 1999

Registration Number
2419870

Registration Date
January 9, 2001

Owner Name and Address
(REGISTRANT) Tumaro's, Inc. CORPORATION CALIFORNIA 5300 Santa Monica Boulevard Los Angeles CALIFORNIA 90029

Prior Registration(s)
1893236;2133513

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GOURMET TORTILLAS- - AMERICA'S FAVORITE" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL

Live Dead Indicator
LIVE

Attorney of Record
Corrine M. Freeman

*** Search: 14 *** Document Number: 5 ***

[Typed Drawing]

Mark
AMERICA'S FAVORITE

Pseudo Mark
AMERICAS FAVORITE

Goods and Services
IC 030. US 046. G & S: Doughnuts. FIRST USE: 19721003. FIRST USE IN COMMERCE: 19721201

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75538444

Filing Date
August 18, 1998

Publication for Opposition Date
April 27, 1999

Registration Number
2263243

Registration Date
July 20, 1999

Owner Name and Address
(REGISTRANT) HDN Development Corporation CORPORATION KENTUCKY 7303 Turfway Road Florence KENTUCKY 41042

Type of Mark
TRADEMARK

Register
PRINCIPAL-2(F)

Live Dead Indicator
LIVE

Attorney of Record
JOHN M HARRINGTON

*** User: dspruill *** Serial Number: 75501805 * 10/11/02 10:58:14 AM *

America's Favorite Foods PRESTO

Mark
AMERICA'S FAVORITE FOODS PRESTO

Pseudo Mark
AMERICAS FAVORITE FOODS PRESTO

Goods and Services
IC 030. US 046. G & S: pizza crust mix, garlic sauce and cheddar sauce. FIRST USE: 19920217. FIRST USE IN COMMERCE: 19920217

Mark Drawing Code
(3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

Design Code
261702 261707

Serial Number
75501805

Filing Date
June 15, 1998

Publication for Opposition Date
September 21, 1999

Registration Number
2299622

Registration Date
December 14, 1999

Owner Name and Address
(REGISTRANT) OHIO PIZZA PRODUCTS INC. CORPORATION OHIO 1522 Manchester Road Dayton OHIO 454490127

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICA'S FAVORITE FOODS" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL

Live Dead Indicator

*** Search: 14 *** Document Number: 8 *** (cont)

*** User: dspruill  *** Serial Number: 75501805 ***

LIVE

Attorney of Record
THEODORE D LIENESCH

*** Search: 14 *** Document Number: 8 ***

[Typed Drawing]

Mark
AMERICA'S FAVORITE CANDIES

Pseudo Mark
AMERICAS FAVORITE CANDIES

Goods and Services
IC 030. US 046. G & S: CANDY NOT INCLUDING JELLY BEANS. FIRST USE: 19851118. FIRST USE IN COMMERCE: 19851118

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75470400

Filing Date
April 20, 1998

Publication for Opposition Date
November 2, 1999

Registration Number
2359173

Registration Date
June 20, 2000

Owner Name and Address
(REGISTRANT) PROMOTION IN MOTION, INC. CORPORATION DELAWARE 3 REUTEN DRIVE CLOSTER NEW JERSEY 07624

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CANDIES" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL-2(F)

Live Dead Indicator
LIVE

Attorney of Record
RICHARD M GOLDBERG

*** Search: 14 *** Document Number: 9 ***

[Typed Drawing]

Mark
BEST PIE IN AMERICA

Goods and Services
IC 030. US 046. G & S: PIES. FIRST USE: 19970100. FIRST USE IN COMMERCE: 19970100

IC 042. US 100 101. G & S: RESTAURANT SERVICES. FIRST USE: 19970100. FIRST USE IN COMMERCE: 19970100

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75447700

Filing Date
March 10, 1998

Supplemental Register Date
October 14, 1998

Registration Number
2239993

Registration Date
April 13, 1999

Owner Name and Address
(REGISTRANT) Vicorp Restaurants, Inc. CORPORATION COLORADO 400 West 48th Avenue Denver COLORADO 80216

Assignment Recorded
ASSIGNMENT RECORDED

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIE" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK. SERVICE MARK

Register
SUPPLEMENTAL

Live Dead Indicator
LIVE

Attorney of Record
SABRINA C STAVISH

*** Search: 14 *** Document Number: 10 ***



Mark
BAKERS SQUARE BEST PIE IN AMERICA

Goods and Services
IC 030. US 046. G & S: pies. FIRST USE: 19970400. FIRST USE IN COMMERCE: 19970400

Mark Drawing Code
(3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

Design Code
010:03 260117

Serial Number
75300090

Filing Date
May 29, 1997

Filed ITU
FILED AS ITU

Publication for Opposition Date
October 6, 1998

Registration Number
2213980

Registration Date
December 29, 1998

Owner Name and Address
(REGISTRANT) Vicorp Restaurarts, Inc. CORPORATION COLORADO 400 West 48th Avenue Denver CCLORADO 80216

Assignment Recorded
ASSIGNMENT RECORDED

*** Search: 14 *** Document Number: 11 *** (cont)

*** User: dspruill *** Serial Number: 75300090 ***

Prior Registration(s)
1394236;1394428;1403328;2002503

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEST PIE IN AMERICA" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL-2(F)-IN PART

Live Dead Indicator
LIVE

Distinctiveness Limitation Statement
as to "BAKERS"

Attorney of Record
SABRINA C STAVISH

*** Search: 14 *** Document Number: 11 ***

[Typed Drawing]

Mark
AMERICA'S BEST

Pseudo Mark
AMERICAS BEST

Goods and Services
IC 030. US 046. G & S: iced coffee-based beverages, namely, unflavored iced coffees and coffees with flavorings including cappuccino, hazelnut, French vanilla, Viennese mocha and original chocolate flavors. FIRST USE: 19930200. FIRST USE IN COMMERCE: 19930200

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75265223

Filing Date
March 27, 1997

Publication for Opposition Date
July 21, 1998

Registration Number
2194941

Registration Date
October 13, 1998

Owner Name and Address
(REGISTRANT) America's Best Beverage Company, Inc. CORPORATION FLORIDA 35 Mason Street Greenwich CONNECTICUT 06830

Assignment Recorded
ASSIGNMENT RECORDED

Type of Mark
TRADEMARK

Register
PRINCIPAL-2(F)

Live Dead Indicator
LIVE

Attorney of Record
MICHAEL I WOLFSON

*** Search: 14 *** Document Number: 12 ***

*** User: dspruill *** Serial Number: 75222072 *** 10/11/02 10:58:16 AM *

[Typed Drawing]

Mark
AMERICA'S FAVORITE CHOCOLATE CHIP COOKIE!

Pseudo Mark
AMERICAS FAVORITE CHOCOLATE CHIP COOKIE

Goods and Services
IC 030. US 046. G & S: cookies. FIRST USE: 19960400. FIRST USE IN COMMERCE: 19960400

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75222072

Filing Date
January 8, 1997

Filed ITU
FILED AS ITU

Supplemental Register Date
January 20, 1998

Registration Number
2149887

Registration Date
April 7, 1998

Owner Name and Address
(REGISTRANT) Nabisco Brands Company CORPORATION DELAWARE One South Wacker Drive, Suite 2740 Chicago ILLINOIS 60606

Assignment Recorded
ASSIGNMENT RECORDED

Type of Mark
TRADEMARK

Register
SUPPLEMENTAL

Live Dead Indicator
LIVE

Attorney of Record
KATHLEEN J GALLAGHER

*** Search: 14 *** Document Number: 13 ***



*** User: dspruill *** Serial Number: 75144931 ** 10/11/02 10:58:16 AM *

Mark
AMERICA'S FAVORITE SINCE FBI

Goods and Services
IC 030. US 046. G & S: confectionery, namely, candy, caramels, marshmallows, marshmallow creme, and fudge. FIRST USE: 19960700. FIRST USE IN COMMERCE: 19960700

Mark Drawing Code
(3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

Design Code
070104 240707 240907

Serial Number
75144931

Filing Date
August 5, 1996

Publication for Opposition Date
September 16, 1997

Registration Number
2119233

Registration Date
December 9, 1997

Owner Name and Address
(REGISTRANT) Favorite Brands International, Inc. CORPORATION DELAWARE 75 Tri State International Lincolnshire ILLINOIS 60069

Assignment Recorded
ASSIGNMENT RECORDED

Disclaimer Statement

*** Search: 14 *** Document Number: 14 *** (cont)

*** User: dspruill *** Serial Number: 75144931 ***

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICA'S FAVORITE SINCE" APART FROM THE MARK AS SHOWN

Description of Mark

The mark consists of the design of a canopied building, with the stylized letters "FBI" appearing directly above the building, and the phrase "AMERICA'S FAVORITE SINCE" (followed by a date of origin, which varies from candy to candy), all being enclosed in a banner and seal-with-ribbon design. The lining in the drawing is a feature of the mark, and it is not intended to indicate color.

Type of Mark

TRADEMARK

Register

PRINCIPAL

Live Dead Indicator

LIVE

Attorney of Record

Paula J. Krasny

*** Search: 14 *** Document Number: 14 ***

*** User: dspruill *** Serial Number: 75116367 *** 10/11/02 10:58:17 AM *

[Typed Drawing]

Mark
IT'S AMERICA'S FAVORITE JELLY BEAN

Goods and Services
IC 030. US 046. G & S: jelly beans. FIRST USE: 19890531. FIRST USE IN COMMERCE: 19890531

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75116367

Filing Date
June 10, 1996

Publication for Opposition Date
April 15, 1997

Registration Number
2077329

Registration Date
July 8, 1997

Owner Name and Address
(REGISTRANT) HERMAN GOELITZ CANDY CO., INC. CORPORATION CALIFORNIA 2400 North Watney Way Fairfield CALIFORNIA 94533

Assignment Recorded
ASSIGNMENT RECORDED

Prior Registration(s)
1604190

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JELLY BEAN" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL-2(F)

Live Dead Indicator
LIVE

Attorney of Record
JAMES R. CYPHER

*** Search: 14 *** Document Number: 15 ***

*** User: dspruill *** Serial Number: 75068756 *** 10/11/02 10:58:17 AM *

[Typed Drawing]

Mark
AMERICA'S FAVORITE KETCHUP

Pseudo Mark
AMERICAS FAVORITE KETCHUP

Goods and Services
IC 030. US 046. G & S: condiments, namely, ketchup. FIRST USE: 19920600. FIRST USE IN COMMERCE: 19920600

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75068756

Filing Date
March 7, 1996

Publication for Opposition Date
July 1, 1997

Registration Number
2098790

Registration Date
September 23, 1997

Owner Name and Address
(REGISTRANT) H. J. HEINZ COMPANY CORPORATION PENNSYLVANIA 1062 Progress Street Pittsburgh PENNSYLVANIA 15212

Assignment Recorded
ASSIGNMENT RECORDED

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "KETCHUP" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL-2(F)

Live Dead Indicator
LIVE

Attorney of Record
Dean A. Bierkan

*** Search: 14 *** Document Number: 17 ***

*** User: dspruill *** Serial Number: 75036522 *** 10/11/02 10:58:17 AM ***

[Typed Drawing]

Mark
AMERICA'S FAVORITE SOFT PRETZEL

Goods and Services
IC 030. US 046. G & S: snack foods, namely, soft pretzels. FIRST USE: 19960300. FIRST USE IN COMMERCE: 19960300

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75036522

Filing Date
December 26, 1995

Filed ITU
FILED AS ITU

Publication for Opposition Date
February 17, 1998

Registration Number
2155994

Registration Date
May 12, 1998

Owner Name and Address
(REGISTRANT) J&J Snack Foods Corp. CORPORATION NEW JERSEY 6000 Central Highway Pennsauker NEW JERSEY 08109

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOFT PRETZEL" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL-2(F)

Live Dead Indicator
LIVE

Attorney of Record
J. Rodman Steele, Jr.

*** Search: 14 *** Document Number: 18 ***

*** User: dspruill *** Serial Number: 75035078 * 10/11/02 10:58:18 AM *

[Typed Drawing]

Mark
AMERICA'S #1 SPICE VALUE

Goods and Services
IC 030. US 046. G & S: spices. FIRST USE: 19950324. FIRST USE IN COMMERCE: 19950324

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
75035078

Filing Date
December 20, 1995

Publication for Opposition Date
March 11, 1997

Registration Number
2066497

Registration Date
June 3, 1997

Owner Name and Address
(REGISTRANT) ROSE SPICE, INC. CORPORATION DELAWARE 4500 Northchase Parkway NE Wilmington DELAWARE 28405

Assignment Recorded
ASSIGNMENT RECORDED

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICA'S #1 SPICE" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL

Live Dead Indicator
LIVE

Attorney of Record
WILLIAM J MASON

*** Search: 14 *** Document Number: 19 ***

** User: dspruill *** Serial Number: 74322961 *** 10/11/02 10:58:18 AM *

[Typed Drawing]

Mark
AMERICA'S FAVORITE HOLIDAY CANDY

Pseudo Mark
AMERICAS FAVORITE HOLIDAY CANDY

Goods and Services
IC 030. US 046. G & S: chocolates and other candy. FIRST USE: 19921201. FIRST USE IN COMMERCE: 19921201

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
74322961

Filing Date
October 15, 1992

Filed ITU
FILED AS ITU

Supplemental Register Date
December 14, 1993

Registration Number
1837304

Registration Date
May 17, 1994

Owner Name and Address
(REGISTRANT) R. M. PALMER COMPANY CORPORATION PENNSYIVANIA 77 Second Avenue West Reading PENNSYLVANIA 19611

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HOLIDAY CANDY" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
SUPPLEMENTAL

Affidavit Text
SECT 8 (6-YR).

Live Dead Indicator
LIVE

Attorney of Record
John F. McNulty

*** Search: 14 *** Document Number: 21 ***

*** User: dspruill *** Serial Number: 74270458 *** 10/11/02 10:58:18 AM

**America's Favorite Pizza Feast**

Mark
AMERICA'S FAVORITE PIZZA FEAST

Pseudo Mark
AMERICAS FAVORITZ PIZZA FEAST

Goods and Services
IC 030. US 046. G & S: pizza for consumption on or off the premises.
FIRST USE: 19920427. FIRST USE IN COMMERCE: 19920427

Mark Drawing Code
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

Serial Number
74270458

Filing Date
April 29, 1992

Filed ITU
FILED AS ITU

Publication for Opposition Date
December 15, 1992

Registration Number
1791773

Registration Date
September 7, 1993

Owner Name and Address
(REGISTRANT) Domino's Pizza, Inc. CORPORATION MICHIGAN 30 Frank Lloyd Wright Drive P.O. Box 997 Ann Arbor MICHIGAN 481060997

Assignment Recorded
ASSIGNMENT RECORDED

Prior Registration(s)
1700700

Disclaimer Statement
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AMERICA'S FAVORITE PIZZA" APART FROM THE MARK AS SHOWN

Type of Mark
TRADEMARK

Register
PRINCIPAL

*** Search: 14 *** Document Number: 22 *** (cont)

*** User: dspruill *** Serial Number: 74270458 ***

Affidavit Text
SECT 15. SECT 8 (6-YR).

Live Dead Indicator
LIVE

Attorney of Record
JEFFREY P THENNISCH

*** Search: 14 *** Document Number: 22 ***

[Typed Drawing]

Mark
AMERICA'S SNACK FAVORITE

Pseudo Mark
americas snack favorite

Goods and Services
IC 030. US 046. G & S: snack cakes. FIRST USE: 19891200. FIRST USE IN COMMERCE: 19891200

Mark Drawing Code
(1) TYPED DRAWING

Serial Number
74044195

Filing Date
March 30, 1990

Supplemental Register Date
November 14, 1990

Registration Number
1638019

Registration Date
March 12, 1991

Owner Name and Address
(REGISTRANT) McKee Baking Company CORPORATION TENNESSEE P.O. Box 750 Collegedale TENNESSEE 37315

(LAST LISTED OWNER) MCKEE FOODS CORPORATION CORPORATION BY CHANGE OF NAME FROM TENNESSEE P.O. BOX 750 COLLEGEDALE TENNESSEE 373150750

Assignment Recorded
ASSIGNMENT RECORDED

Prior Registration(s)
1542109

Type of Mark
TRADEMARK

Register
SUPPLEMENTAL

Affidavit Text
SECT 8 (6-YR). SECTION 8(10-YR) 20010618.

Renewal
1ST RENEWAL 20010618

Live Dead Indicator

*** User: dspruill *** Serial Number: 74044195 ***

LIVE

Attorney of Record
DONALD A. KAUL & PATRICIA R. BROWN

*** Search: 14 *** Document Number: 23 ***

| DOCUMENT INFORMATION | |
|---|---|
| **TRADEMARK/SERVICEMARK APPLICATION** | |
| **VERSION 1.24** | |
| **APPLICANT INFORMATION** | |
| NAME | Barilla Alimentare S.p.A. |
| STREET | Via Mantova 166 |
| CITY | Parma PR |
| COUNTRY | Italy |
| ZIP/POSTAL CODE | 43100 |
| **APPLICANT ENTITY INFORMATION** | |
| CORPORATION: STATE/COUNTRY OF INCORPORATION | Italy |
| **TRADEMARK/SERVICEMARK INFORMATION** | |
| MARK | BARILLA - AMERICA'S FAVORITE PASTA |
| TYPED FORM | Yes |
| **BASIS FOR FILING AND GOODS/SERVICES INFORMATION** | |
| INTENT TO USE: SECTION 1(b) | Yes |
| INTERNATIONAL CLASS NUMBER | 030 |
| LISTING OF GOODS AND/OR SERVICES | PASTA, PASTA PRODUCTS, SAUCES FOR PASTA |
| **ATTORNEY INFORMATION** | |
| NAME | G. Franklin Rothwell, Esq. |
| STREET | 1425 K Street, NW Suite 800 |

Case 4:02-cv-00594-SOW Document 61-2 Filed 01/31/03 Page 32 of 40

| CITY | Washington |
|---|---|
| STATE | DC |
| COUNTRY | USA |
| ZIP/POSTAL CODE | 20005 |
| FIRM NAME | Rothwell, Figg, Ernst & Manbeck, P.C. |
| TELEPHONE NUMBER | 202-783-6040 |
| FAX NUMBER | 202-783-6031 |
| ATTORNEY DOCKET NUMBER | 2778-127 |
| OTHER APPOINTED ATTORNEY(S) | Robert H. Cameron; Anne M. Sterba |
| **DOMESTIC REPRESENTATIVE FOR FOREIGN APPLICANT** | |
| NAME | G. Franklin Rothwell, Esq. |
| STREET | 1425 K Street, NW Suite 800 |
| CITY | Washington |
| STATE | DC |
| ZIP CODE | 20005 |
| FIRM NAME | Rothwell, Figg, Ernst & Manbeck, P.C. |
| TELEPHONE NUMBER | 202-783-6040 |
| FAX NUMBER | 202-783-6031 |
| **FEE INFORMATION** | |
| TOTAL FEES PAID | 325 |
| NUMBER OF CLASSES PAID | 1 |
| NUMBER OF CLASSES | 1 |

| LAW OFFICE INFORMATION | |
|---|---|
| E-MAIL ADDRESS FOR CORRESPONDENCE | N/A |
| **SIGNATURE AND OTHER INFORMATION** | |
| SIGNATURE | /Robert H. Cameron/ |
| DATE | 06/18/2002 |
| NAME | Robert H. Cameron |
| TITLE | Attorney for Applicant |
| **MAILING ADDRESS** | |
| LINE | G. Franklin Rothwell, Esq. |
| LINE | Rothwell, Figg, Ernst & Manbeck, P.C. |
| LINE | 1425 K Street, NW |
| LINE | Suite 800 |
| LINE | Washington DC 20005 |
| **RAM INFORMATION** | |
| RAM SALE NUMBER | 127 |
| RAM ACCOUNTING DATE | 20020619 |
| **SERIAL NUMBER INFORMATION** | |
| SERIAL NUMBER | 78/136703 |
| INTERNET TRANSMISSION DATE | Tuesday, 06-18-2002 16:40:16 EDT |
| TEAS STAMP | USPTO-12150177130-20020618164022616-78/136703-124c18cc5c8a2b5c1d36e5f455ca4201533-RAM-127-20020618163822616 |
| E-MAIL ADDRESS FOR | bmanning@rothwellfigg.com |

eTeas Trademark/Service Mark Applicati

78136703

| ACKNOWLEDGMENT | |
|---|---|

78136703

Page 4 of 4

06/21/2002 9:46 AM

<SERIAL NUMBER> 78136703
<FILING DATE> 06/18/2002

**<DOCUMENT INFORMATION>**
<TRADEMARK/SERVICEMARK APPLICATION>
<VERSION 1.24>

**<APPLICANT INFORMATION>**

| | |
|---|---|
| <NAME> | Barilla Alimentare S.p.A. |
| <STREET> | Via Mantova 166 |
| <CITY> | Parma PR |
| <COUNTRY> | Italy |
| <ZIP/POSTAL CODE> | 43100 |

**<APPLICANT ENTITY INFORMATION>**
<CORPORATION: STATE/COUNTRY OF INCORPORATION> Italy

**<TRADEMARK/SERVICEMARK INFORMATION>**
<MARK> BARILLA - AMERICA'S FAVORITE PASTA
<TYPED FORM> Yes
* Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). *

**<BASIS FOR FILING AND GOODS/SERVICES INFORMATION>**
<INTENT TO USE: SECTION 1(b)> Yes
* Applicant has a bona fide intention to use or use through a related company the mark in commerce on or in connection with the below-identified goods/services. (15 U.S.C. Section 1051(b), as amended.) *
<INTERNATIONAL CLASS NUMBER> 030
<LISTING OF GOODS AND/OR SERVICES> PASTA, PASTA PRODUCTS, SAUCES FOR PASTA

**<ATTORNEY INFORMATION>**

| | |
|---|---|
| <NAME> | G. Franklin Rothwell, Esq. |
| <STREET> | 1425 K Street, NW Suite 800 |
| <CITY> | Washington |
| <STATE> | DC |
| <COUNTRY> | USA |
| <ZIP/POSTAL CODE> | 20005 |
| <FIRM NAME> | Rothwell, Figg, Ernst & Manbeck, P.C. |

<TELEPHONE NUMBER> 202-783-6040
<FAX NUMBER> 202-783-6031
<ATTORNEY DOCKET NUMBER> 2778-127
<OTHER APPOINTED ATTORNEY(S)> Robert H. Cameron; Anne M. Sterba

**<DOMESTIC REPRESENTATIVE FOR FOREIGN APPLICANT>**
* is hereby appointed applicant's representative upon whom notice or process in the proceedings affecting the mark may be served *
<NAME> G. Franklin Rothwell, Esq.
<STREET> 1425 K Street, NW Suite 800
<CITY> Washington
<STATE> DC
<ZIP CODE> 20005
<FIRM NAME> Rothwell, Figg, Ernst & Manbeck, P.C.
<TELEPHONE NUMBER> 202-783-6040
<FAX NUMBER> 202-783-6031

**<FEE INFORMATION>**
<TOTAL FEES PAID> 325
<NUMBER OF CLASSES PAID> 1
<NUMBER OF CLASSES> 1

**<LAW OFFICE INFORMATION>**
<E-MAIL ADDRESS FOR CORRESPONDENCE> N/A

**<SIGNATURE AND OTHER INFORMATION>**
* PTO-Application Declaration: The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true. *
<SIGNATURE> /Robert H. Cameron/
<DATE> 06/18/2002

<NAME> Robert H. Cameron
<TITLE> Attorney for Applicant

**<MAILING ADDRESS>**
<LINE> G. Franklin Rothwell, Esq.
<LINE> Rothwell, Figg, Ernst & Manbeck, P.C.
<LINE> 1425 K Street, NW
<LINE> Suite 800
<LINE> Washington DC 20005

**<RAM INFORMATION>**
<RAM SALE NUMBER> 127
<RAM ACCOUNTING DATE> 20020619

**<SERIAL NUMBER INFORMATION>**
<SERIAL NUMBER> 78/136703
<INTERNET TRANSMISSION DATE> Tuesday, 06-18-2002 16:40:16 EDT
<TEAS STAMP>
USPTO-12150177130-20020618164022616-78/136703-124c18cc5c8a2b5c1d36e5f455ca4201533-RAM-127-20020618163822616
E-MAIL ADDRESS FOR ACKNOWLEDGMENT> bmanning@rothwellfigg.com

**Internet Transmission Date:**
2002/06/18

**Filing Date:**
2002/06/18

**Serial Number:**
78136703

TRADEMARK APPLICATION

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

TOTAL FEES PAID: $325

RAM SALE NUMBER: 127
RAM ACCOUNTING DATE: 20020619

NO OCR

06-18-2002

**Drawing Page**

**Serial Number:**
78136703

**Applicant:**
Barilla Alimentare S.p.A.
Via Mantova 166
Parma PR Italy 43100

**Goods and Services:**
PASTA, PASTA PRODUCTS, SAUCES FOR PASTA

**Mark:**

BARILLA - AMERICA'S FAVORITE PASTA

NO OCR

06-18-2002