# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN ITALIAN PASTA COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 02-0594-CV-W-SOW |
| NEW WORLD PASTA COMPANY, | ) ) ) | |
| Defendant. | ) | |

## NOTICE REGARDING SUPPLEMENTAL EXPERT REPORT OF YORAM (JERRY) WIND ON BEHALF OF NEW WORLD PASTA

The Supplemental Expert Report of Yoram (Jerry) Wind on Behalf of New World Pasta, and the attachments thereto, are in paper form only and are being maintained in the case file in the Clerk's office.

The Supplemental Expert Report of Yoram (Jerry) Wind on Behalf of New World Pasta is **"FILED UNDER SEAL."** This envelope is filed in this case by New World Pasta for the exclusive use of the Court and is not to be opened nor the contents thereof revealed to anyone other than authorized representatives of the Court or the parties except by prior order of the Court.

1198312v1

Dated:  February 3, 2003               SHOOK, HARDY & BACON L.L.P.


              /s/ Brent N. Coverdale
By _____
   Stanley D. Davis, Mo. No. 46411
   Brent N. Coverdale, Mo. No. 50696

One Kansas City Place, 1200 Main Street
Kansas City, Missouri 64105-2118
816-474-6550
816-421-4066 (fax)

Forrest A. Hainline III
District of Columbia Bar No. 376957
Admitted Pro Hac Vice
Law Office of Forrest A. Hainline III
5335 Wisconsin Avenue, N.W. Suite 440
Washington, D.C. 20015
(202) 966-1962 (Phone)
(202) 966-1891 (Fax)
Aikidolaw@aol.com

 Raymond L. Sweigart
 Admitted Pro Hac Vice
 Pillsbury Winthrop LLP
 1600 Tysons Boulevard
 McLean, Virginia 22102
 703-905-2000
 703-905-2500 (fax)
 rsweigart@pillsburywinthrop.com

**Attorneys for Defendant and Counterclaimant New World Pasta Company**

**OF COUNSEL:**

Cary A. Metz
Vice President & General Counsel
New World Pasta Company
85 Shannon Road
Harrisburg, PA 17112
717- 526- 2203
717-526-2488 (fax)

1191816v1
1198312v1
- 2 -
Case 4:02-cv-00594-SOW   Document 62   Filed 02/03/03   Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Supplemental Expert Report of Yoram (Jerry) Wind on Behalf of New World Pasta was sent via United States mail on February 3, 2003 to counsel listed below. I also certify that on February 3, 2003 I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Thomas H. Van Hoozer
Robert D. Hovey
Scott R. Brown
HOVEY WILLIAMS LLP
2405 Grand Boulevard
Kansas City, Missouri 64108-2519

William R. Hansen
DUANE MORRIS LLP
380 Lexington Avenue
New York, New York 10168

/s/ Brent N. Coverdale