IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| American Italian Pasta Company, | ) | |
| Plaintiff | ) ) ) | 02-0594-CV-W-SOW |
| v. | ) ) | |
| New World Pasta Company, | ) ) | |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIM | ) ) | |

**CERTIFICATE OF SERVICE**
**CORRECTIONS TO DEPOSITION OF YORAM WIND**

I hereby certify that on February 17, 2003, I sent the Corrections to the Deposition of Yoram Wind to the following:

| | |
|---|---|
| Thomas H. Van Hoozer | tvh@hoveywilliams.com |
| Robert D. Hovey | rdh@hoveywilliams.com |
| Scott R. Brown | srb@hoveywilliams.com |
| William R. Hansen | WRhansen@duanemorris.com |
| Brent N Coverdale | bcoverdale@shb.com; |
| Stanley Daryl Davis | sddavis@shb.com |

1

Raymond L Sweigart    rsweigart@pillsburywinthrop.com

    /s/
Forrest A. Hainline III
District of Columbia Bar No. 376957
Admitted Pro Hac Vice
Law Office of Forrest A. Hainline III
5335 Wisconsin Avenue, N.W. Suite 440
Washington, D.C. 20015
(202) 966-1962 (Phone)
(202) 966-1891 (Fax)
Aikidolaw@aol.com

2

Case 4:02-cv-00594-SOW   Document 66   Filed 02/17/03   Page 2 of 2