**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN ITALIAN PASTA COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 02-0594-CV-W-SOW |
| | ) | |
| NEW WORLD PASTA COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AMERICAN ITALIAN PASTA COMPANY'S DESIGNATION OF EXPERT
WITNESSES FOR ITS CASE IN CHIEF**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A), Plaintiff American Italian Pasta Company designates the following persons which may be used at trial to present evidence as experts under Federal Rules of Evidence 702, 703 or 705 in its case in chief:

William M. Weilbacher
Bismark Corporation
30 Bismark Way, Box 2002
Dennis, MA 02638
(508) 385-6889
Fax: (508) 385-6214

Ann Willoughby
Willoughby Design Group
602 Westport Road
Kansas City, MO 64111
(816) 561-4189
Fax: (561-5052

Each of the individuals identified above may also provide testimony in rebuttal to experts designated by Defendant New World Pasta Company and thus may supplement their written reports under FRCivP 26(a)(2)(B) in that regard.

Respectfully submitted,

AMERICAN ITALIAN PASTA COMPANY
By_____
Thomas H. Van Hoozer, Mo. Bar No. 36264
Robert D. Hovey, Mo. Bar No. 15831
Scott R. Brown, Mo. Bar No. 51733
Jason E. Gordon, Mo. Bar No. 53592
Hovey Williams LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108-2519
Telephone: (816) 474-9050
Telefax: (816) 474-9050

William R. Hansen, NY (Admitted pro hac vice)
Duane Morris LLP
380 Lexington Avenue
New York, New York 10168
Telephone: (212) 692-1011
Telefax: (212) 692-1021

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I electronically filed AMERICAN ITALIAN PASTA COMPANY'S DESIGNATION OF EXPERT WITNESSES FOR ITS CASE IN CHIEF with the Clerk of the Court for the Western District of Missouri using the CM/ECF system which sent notification of such filing to Brent Coverdale (bcoverdale@shb.com) of Shook, Hardy & Bacon L.L.P., One Kansas City Place, 1200 Main Street, Kansas City, Missouri 64105-2118; Forrest A. Hainline III (akidolaw@aol.com), Suite 440, 5335 Wisconsin Avenue N.W., Washington, D.C. 20012 and I hereby certify that I have e-mailed the documents to the following non CM/ECF participants:

Raymond Sweigart
Danielle Avolio
rsweigart@pillsburywinthrop.com
Pillsbury Winthrop LLP
1600 Tysons Blvd.
McLean, Virginia 22101

/s/ Thomas H. Van Hoozer
Thomas H. Van Hoozer, Mo. Bar. No. 36264